**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TEMPO MUSIC INVESTMENTS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MILEY CYRUS, *etc.*, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-07910-DDP-(BFMx)<br><br>ORDER SETTING UNIFORM RESPONSE DATE AND BRIEFING SCHEDULE  [41] |

# ORDER

The Court having received and considered the Stipulation of plaintiff Tempo Music Investments, Inc. ("Plaintiff") and defendants Miley Cyrus, Gregory Hein, Michael Pollack, MCEO, Inc., MCEO Publishing, Songs By Gregory Hein, What Key Do You Want It In Music, Sony Music Entertainment, Sony Music Publishing (US) LLC, These Are Pulse Songs, Songs With A Pure Tone, Concord Music Publishing LLC, Droog Publishing, Warner-Tamerlane Publishing Corp., Amazon.Com Services LLC, Apple Inc., Pandora Media, LLC, Disney Platform Distribution, Inc., Target Corp., Barnes & Noble Booksellers, Inc., Tidal Music LLC, Walmart Inc., Wal-Mart.Com USA, Inc., Wide Eyed Global, iHeartMedia, Inc., and Live Nation Entertainment, Inc. ("Defendants"), and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The deadlines for Defendants to respond to Plaintiff's Complaint be and hereby are extended or advanced, as the case may be, to November 20, 2024; and

2. If Defendants, or any of them, respond to Plaintiff's Complaint by filing a motion rather than an answer, the motion or motions shall be noticed for hearing on **January 13, 2025**, and the following briefing schedule shall apply:

    (a)  Plaintiff shall file and serve its opposition to the motion or motions on or before December 9, 2024; and

    (b)  The moving Defendants shall file and serve their reply on or before December 23, 2024.

Dated: NOVEMBER 7, 2024

_____
Hon. Dean D. Pregerson
UNITED STATES DISTRICT JUDGE