1  Peter Anderson, Esq., Cal. Bar No. 88891
       peteranderson@dwt.com
2  Eric H. Lamm, Esq., Cal. Bar No. 324153
       ericlamm@dwt.com
3  Alexandra P. Cadena, Esq., Cal. Bar No. 352442
       alexcadena@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
5  Los Angeles, California 90017-2566
   Tel: (213) 633-6800
6  Fax: (213) 633-6899

7  Attorneys for Defendants
   MILEY CYRUS, also sued as MCEO Publishing,
8  GREGORY HEIN, also sued as Songs By Gregory Hein,
   MICHAEL POLLACK, also sued as What Key Do You
9  Want It In Music, MCEO, INC., SONY MUSIC
   ENTERTAINMENT, SONY MUSIC PUBLISHING (US) LLC,
10 PULSE 2.0, LLC, sued as These Are Pulse Songs, PURE
   TONE MUSIC, LLC, sued as Songs With A Pure Tone,
11 CONCORD MUSIC PUBLISHING LLC, BLASTRONAUT,
   INC., sued as Droog Publishing, WARNER-TAMERLANE
12 PUBLISHING CORP., AMAZON.COM SERVICES LLC,
   APPLE INC., PANDORA MEDIA, LLC, DISNEY PLATFORM
13 DISTRIBUTION, INC., TARGET CORP., BARNES
   & NOBLE BOOKSELLERS, INC., TIDAL MUSIC
14 LLC, WALMART INC., WAL-MART.COM USA, INC.,
   WIDE EYED GLOBAL, IHEARTMEDIA, INC., and
15 LIVE NATION ENTERTAINMENT, INC.

16  **UNITED STATES DISTRICT COURT**

17  **CENTRAL DISTRICT OF CALIFORNIA**

18  **WESTERN DIVISION**

19

20  TEMPO MUSIC INVESTMENTS, LLC,                ) Case No. 2:24-cv-07910-DDP-BFM
21                                               )
               Plaintiff,                        ) NOTICE OF INTERESTED PARTIES
22                                               )
       v.                                        )
23  MILEY CYRUS, an individual;                  )
    GREGORY HEIN, an individual;                 )
24  MICHAEL POLLACK, an individual;              )
    SONY MUSIC PUBLISHING (US)                   )
25  LLC; CONCORD MUSIC                           )
    PUBLISHING LLC; WARNER-                      )
26  TAMERLANE PUBLISHING CORP.;                  )
    MCEO PUBLISHING; WHAT KEY                    )
27  DO YOU WANT IT IN MUSIC;                     )
    SONGS WITH A PURE TONE;                      )
28         (continued next page)                 )

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | SONGS BY GREGORY HEIN; DROOG PUBLISHING; THESE ARE PULSE SONGS; WIDE EYED GLOBAL; MCEO, INC.; SONY MUSIC ENTERTAINMENT; APPLE INC.; IHEARTMEDIA, INC.; PANDORA MEDIA, LLC; DEEZER S.A.; AMAZON.COM SERVICES LLC; SOUNDCLOUD GLOBAL LIMITED & CO. KG; TIDAL MUSIC LLC; XANDRIE SA; LIVE NATION ENTERTAINMENT, INC.; TARGET CORP.; WAL-MART.COM USA, LLC; WALMART INC.; BARNES & NOBLE BOOKSELLERS, INC.; DISNEY PLATFORM DISTRIBUTION, INC.; and DOES 1-10, inclusive,<br><br>                    Defendants. |

## NOTICE OF INTERESTED PARTIES

### [Fed. R. Civ. P., Rule 7.1; Local Rule 7.1-1]

The undersigned, counsel of record for defendants Miley Cyrus, also sued as MCEO Publishing, Gregory Hein, also sued as Songs By Gregory Hein, Michael Pollack, also sued as What Key Do You Want It In Music, MCEO, Inc., Sony Music Entertainment, Sony Music Publishing (US) LLC, Pulse 2.0, LLC, sued as These Are Pulse Songs, Pure Tone Music, LLC, sued as Songs With A Pure Tone, Concord Music Publishing LLC, Blastronaut, Inc., sued as Droog Publishing, Warner-Tamerlane Publishing Corp., Amazon.Com Services LLC, Apple Inc., Pandora Media, LLC, Disney Platform Distribution, Inc., Target Corp., Barnes & Noble Booksellers, Inc., Tidal Music LLC, Walmart Inc., Wal-Mart.Com USA, Inc., Wide Eyed Global, iHeartMedia, Inc., and Live Nation Entertainment, Inc. ("Defendants"), certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Miley Cyrus, who is named as a defendant and also sued as MCEO Publishing.

2. Gregory Hein, who is named as a defendant and also sued as Songs By Gregory Hein, which is not a legal entity.

3. Michael Pollack, who is named as a defendant and also sued as What Key Do You Want It In, which is not a legal entity.

4. MCEO, Inc., which is a named defendant, has no corporate parent. No publicly held company owns ten percent or more of its stock.

5. Sony Music Entertainment and Sony Music Publishing (US) LLC, which are named as defendants, are wholly-owned indirect subsidiaries of Sony Group Corporation, a publicly traded company organized under the laws of Japan. No other publicly held company owns ten percent or more of Sony Music Entertainment or Sony Music Publishing (US) LLC's stock.

6. Pulse 2.0, LLC, which is named as a defendant as These Are Pulse Songs, is a privately held limited liability company owned by CYPMP, LLC, and Concord Music Publishing, LLC. No publicly held company owns ten percent or more of its stock.

7. Pure Tone Music, LLC, which is named as a defendant as Songs With A Pure Tone, is a privately held company with no parent. No publicly held company owns ten percent or more of its stock.

8. Concord Music Publishing LLC, which is named as a defendant, whose ultimate parent is Axton Copyrights, LLC, which is a privately held company. No publicly held company owns ten percent or more of its stock.

9. Blastronaut, Inc., which is named as a defendant as Droog Publishing, has no parent company and is privately held. No publicly held company owns ten percent or more of its stock.

10. Warner-Tamerlane Publishing Corp., which is named as a defendant, is a wholly-owned indirect subsidiary of Warner Music Group Corp., which is a publicly-traded company with more than ten percent of its stock owned by AI Entertainment Holdings LLC and certain of its affiliates, which are not publicly traded companies. No other publicly held company owns ten percent or more of its stock.

11. Amazon.Com Services LLC, which is named as a defendant, is a wholly-owned indirect subsidiary of Amazon.Com, Inc., a publicly traded company. No other publicly held company owns ten percent or more of its stock.

12. Apple Inc., which is named as a defendant, is a publicly traded company and has no parent company. No publicly held company owns ten percent or more of its stock.

13. Pandora Media, LLC, which is named as a defendant, is a wholly-owned subsidiary of Sirius XM Radio LLC, which is a wholly-owned subsidiary of Sirius XM Inc. Sirius XM Inc. is, in turn, a wholly-owned subsidiary of Sirius XM Holdings Inc. Berkshire Hathaway Inc. and its subsidiaries and affiliates, including its related

1  insurance companies and pension plans, are each reported to be the beneficial owners
2  of more than ten percent of Sirius XM Holdings Inc.'s outstanding common stock.
3  "Beneficial ownership" includes those shares a person owns, has the power to vote or
4  transfer, or has the right to acquire within sixty days of the measurement date.  This
5  ownership information is based solely upon the information contained in a Schedule
6  13D and Schedule 13G filed with the United States Securities and Exchange
7  Commission.
8       14.    Disney Platform Distribution, Inc., which is named as a defendant and a
9  wholly-owned indirect subsidiary of The Walt Disney Company, a publicly traded
10 company.  No other publicly held company owns ten percent or more of Disney
11 Platform Distribution, Inc.'s stock.
12      15.    Target Corp., which is named as a defendant, is a publicly traded
13 corporation, and does not have a parent corporation.  No publicly held corporation or
14 investment fund holds ten percent or more of its stock.
15      16.    Barnes & Noble Booksellers, Inc., which is named as a defendant and is
16 a privately held corporation owned by funds advised by Elliott Advisors (UK)
17 Limited.  No publicly traded company owns ten percent or more of its stock.
18      17.    Tidal Music LLC, which is named as a defendant, is an indirect
19 subsidiary of Block, Inc., a publicly traded company.  No other company owns ten
20 percent or more of its stock.
21      18.    Walmart Inc. and Wal-Mart.Com USA, Inc., which are named
22 defendants, and Walmart Inc. is a publicly traded company and Wal-Mart.Com USA
23 LLC is a wholly-owned subsidiary of Walmart Inc.  No other publicly held company
24 owns ten percent or more of either company.
25      19.    Wide Eyed Global, which is named as a defendant, has no corporate
26 parent, and no publicly held company owns ten percent or more of its stock.
27      20.    iHeartMedia, Inc., which is named as a defendant, is a publicly traded
28 company.  No other publicly held company owns ten percent or more of its stock.

21. Live Nation Entertainment, Inc., which is named as a defendant, is a publicly traded corporation. Liberty Media Corporation owns more than ten percent of Live Nation Entertainment, Inc.'s stock, and no other publicly held company owns ten percent or more of its stock.

Dated: November 20, 2024

/s/ Peter Anderson
Peter Anderson, Esq.
Eric H. Lamm, Esq.
Alexandra P. Cadena, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
MILEY CYRUS, also sued as MCEO Publishing, GREGORY HEIN, also sued as Songs By Gregory Hein, MICHAEL POLLACK, also sued as What Key Do You Want It In Music, MCEO, INC., SONY MUSIC ENTERTAINMENT, SONY MUSIC PUBLISHING (US) LLC, PULSE 2.0, LLC, sued as These Are Pulse Songs, PURE TONE MUSIC, LLC, sued as, Songs With A Pure Tone, CONCORD MUSIC PUBLISHING LLC, BLASTRONAUT, INC., sued as Droog Publishing, WARNER-TAMERLANE PUBLISHING CORP., AMAZON.COM SERVICES LLC, APPLE INC., PANDORA MEDIA, LLC, DISNEY PLATFORM DISTRIBUTION, INC., TARGET CORP., BARNES & NOBLE BOOKSELLERS, INC., TIDAL MUSIC LLC, WALMART INC., WAL-MART.COM USA, INC., WIDE EYED GLOBAL, IHEARTMEDIA, INC., and LIVE NATION ENTERTAINMENT, INC.