Peter Anderson, Esq. (Cal. Bar No. 88891)
    peteranderson@dwt.com
Eric H. Lamm, Esq. (Cal. Bar No. 324153)
    ericlamm@dwt.com
Alexandra P. Cadena, Esq. (Cal. Bar No. 352442)
    alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
MILEY CYRUS, also sued as MCEO Publishing,
GREGORY HEIN, also sued as Songs By Gregory Hein,
MICHAEL POLLACK, also sued as What Key Do You
Want It In Music, MCEO, INC., SONY MUSIC
ENTERTAINMENT, SONY MUSIC PUBLISHING (US) LLC,
PULSE 2.0, LLC, sued as These Are Pulse Songs, PURE
TONE MUSIC, LLC, sued as Songs With A Pure Tone,
CONCORD MUSIC PUBLISHING LLC, BLASTRONAUT,
INC., sued as Droog Publishing, WARNER-TAMERLANE
PUBLISHING CORP., AMAZON.COM SERVICES LLC,
APPLE INC., PANDORA MEDIA, LLC, DISNEY PLATFORM
DISTRIBUTION, INC., TARGET CORP., BARNES
& NOBLE BOOKSELLERS, INC., TIDAL MUSIC
LLC, WALMART INC., WAL-MART.COM USA, INC.,
WIDE EYED GLOBAL, IHEARTMEDIA, INC., and
LIVE NATION ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| TEMPO MUSIC INVESTMENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MILEY CYRUS, an individual; GREGORY HEIN, an individual; MICHAEL POLLACK, an individual; SONY MUSIC PUBLISHING (US) LLC; CONCORD MUSIC PUBLISHING LLC; WARNER-TAMERLANE PUBLISHING CORP.; MCEO PUBLISHING; WHAT KEY DO YOU WANT IT IN MUSIC; SONGS WITH A PURE TONE; (continued next page) | Case No. 2:24-cv-07910-DDP-BFM <br><br> THE SONGWRITER DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6) <br><br> Date: January 13, 2025 <br> Time: 10:00 a.m. <br><br> Courtroom of the Honorable <br> Dean D. Pregerson <br> United States District Judge |

| | |
|---|---|
| SONGS BY GREGORY HEIN; DROOG PUBLISHING; THESE ARE PULSE SONGS; WIDE EYED GLOBAL; MCEO, INC.; SONY MUSIC ENTERTAINMENT; APPLE INC.; IHEARTMEDIA, INC.; PANDORA MEDIA, LLC; DEEZER S.A.; AMAZON.COM SERVICES LLC; SOUNDCLOUD GLOBAL LIMITED & CO. KG; TIDAL MUSIC LLC; XANDRIE SA; LIVE NATION ENTERTAINMENT, INC.; TARGET CORP.; WAL-MART.COM USA, LLC; WALMART INC.; BARNES & NOBLE BOOKSELLERS, INC.; DISNEY PLATFORM DISTRIBUTION, INC.; and DOES 1-10, inclusive,<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 13, 2025, at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 9C of the above-entitled Court located at 350 West 1st Street, Los Angeles, California, defendants Miley Cyrus, also sued as MCEO Publishing, Gregory Hein, also sued as Songs By Gregory Hein, Michael Pollack, also sued as What Key Do You Want It In Music, and MCEO, Inc. (the "Songwriter Defendants"), will and hereby do move the above-entitled Court, the Honorable Dean D. Pregerson, United States District Judge presiding, for an Order dismissing the Complaint of plaintiff Tempo Music Investments, LLC ("Plaintiff") and the claim asserted therein, in its entirety, for failure to state a claim.

The Motion to dismiss is brought pursuant to Federal Rule of Civil Procedure 12(b)(6) and on the following grounds:

1. In its Complaint, Plaintiff asserts a single claim for the alleged infringement of the copyright in a musical composition titled *When I Was Your Man*;

2. Plaintiff bases its alleged standing to assert that claim on its Complaint's allegation that Plaintiff acquired exclusive copyright rights by assignment from one of the four co-authors of that musical composition; and

3. It is clearly established law in this Circuit that an assignee or licensee of a single co-author, like Plaintiff here, does not own exclusive rights and, as a result, lacks standing to sue for copyright infringement. 17 U.S.C. § 501(b) (standing limited to "[t]he legal or beneficial owner of an exclusive right under a copyright"); *see, e.g.*, *Tresóna Multimedia, LLC v. Burbank High Sch. Vocal Music Ass'n*, 953 F.3d 638, 645 (9th Cir. 2020).

Accordingly, Plaintiff's Complaint is properly dismissed with prejudice and in its entirety.

1  This Motion is based upon this Notice of Motion and Motion, the
2  accompanying Memorandum of Points and Authorities and Request for Judicial
3  Notice and supporting Declaration, the pleadings and papers on file in this action, the
4  matters of which this Court may take judicial notice, and such additional matters and
5  oral argument as may be offered in support of the Motion.
6  This Motion is made following the conference of counsel pursuant to L.R. 7-3,
7  on November 13, 2024.

10  Dated: November 20, 2024

/s/ Peter Anderson
Peter Anderson, Esq.
Eric H. Lamm, Esq.
Alexandra P. Cadena, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
MILEY CYRUS, also sued as MCEO Publishing, GREGORY HEIN, also sued as Songs By Gregory Hein, MICHAEL POLLACK, also sued as What Key Do You Want It In Music, and MCEO, INC.