# EXHIBIT 1



Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = PA0001834773
Search Results: Displaying 1 of 2 entries

### WHEN I WAS YOUR MAN.

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001834773 / 2013-03-11 |
| | Supplemented by: PA0001834773 / 2018 |
| **Application Title:** | WHEN I WAS YOUR MAN. |
| **Title:** | WHEN I WAS YOUR MAN. |
| **Appears in:** | Bruno Mars - Unorthodox Jukebox |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | DOWNTOWN DMP SONGS, Transfer: By written agreement. Address: C/O DOWNTOWN MUSIC PUBLISHING LLC, 485 BROADWAY 3RD FLOOR, NEW YORK, NY, 10013, United States. |
| | DOWNTOWN MUSIC PUBLISHING LLC, Transfer: By written agreement. Address: DBA DOWNTOWN DMP SONGS, 485 BROADWAY 3RD FLOOR, NEW YORK, NY, 10013, United States. |
| | MUSIC FAMAMANEM LP, Transfer: By written agreement. Address: C/O EMI APRIL MUSIC INC C/O EMI MUSIC PUBLISHING, 75 9TH AVE FL 4, NEW YORK, NY, 10011, United States. |
| | ROC NATION MUSIC, Transfer: By written agreement. Address: C/O EMI APRIL MUSIC INC C/O EMI MUSIC PUBLISHING, 75 9TH AVE FL 4, NEW YORK, NY, 10011, United States. |
| | MARS FORCE MUSIC, Transfer: By written agreement. Address: C/O MUSIC OF WINDSWEPT % BUG MUSIC INC, 6100 WILSHIRE BLVD SUITE 1600, LOS ANGELES, CA, 90048, United States. |
| | TOY PLANE MUSIC, Transfer: By written agreement. Address: C/O UNIVERSAL MUSIC CORPORATION, 2100 COLORADO AVENUE, SANTA MONICA, CA, 90404, United States. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-12-06 |
| **Nation of First Publication:** | United States |

| | |
|---|---|
| **Authorship on Application:** | Andrew Wyatt, pseud. of ANDREW WYATT BLAKEMORE (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | BRUNO MARS, pseud. of PETER GENE HERNANDEZ (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | PHILIP MARTIN LAWRENCE; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | ARI LEVINE; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| **Rights and Permissions:** | Jamie Barnes, DOWNTOWN MUSIC PUBLISHING LLC, jamiebarnes@downtownmusic.com |
| **Names:** | BLAKEMORE, ANDREW WYATT |
| | Wyatt, Andrew, pseud. |
| | HERNANDEZ, PETER GENE |
| | MARS, BRUNO, pseud. |
| | LAWRENCE, PHILIP MARTIN |
| | LEVINE, ARI |
| | DOWNTOWN DMP SONGS |
| | DOWNTOWN MUSIC PUBLISHING LLC |
| | MUSIC FAMAMANEM LP |
| | ROC NATION MUSIC |
| | MARS FORCE MUSIC |
| | TOY PLANE MUSIC |



**Save, Print and Email (Help Page)**

Select Download Format [Full Record] [Format for Print/Save]

Enter your email address: [_____] [Email]

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page