Peter Anderson, Esq., Cal. Bar No. 88891
  peteranderson@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
  ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
  alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
MILEY CYRUS, GREGORY HEIN, MICHAEL POLLACK, MCEO, INC., MCEO PUBLISHING, SONGS BY GREGORY HEIN, WHAT KEY DO YOU WANT IT IN MUSIC, SONY MUSIC ENTERTAINMENT, SONY MUSIC PUBLISHING (US) LLC, THESE ARE PULSE SONGS, SONGS WITH A PURE TONE, CONCORD MUSIC PUBLISHING LLC, DROOG PUBLISHING, WARNER-TAMERLANE PUBLISHING CORP., AMAZON.COM SERVICES LLC, APPLE INC., PANDORA MEDIA, LLC, DISNEY PLATFORM DISTRIBUTION, INC., TARGET CORP., BARNES & NOBLE BOOKSELLERS, INC., TIDAL MUSIC LLC, WALMART INC., WAL-MART.COM USA, INC., WIDE EYED GLOBAL, IHEARTMEDIA, INC., and LIVE NATION ENTERTAINMENT, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TEMPO MUSIC INVESTMENTS, LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>MILEY CYRUS, *etc.*, *et al.*,<br><br>              Defendants. | Case No. 2:24-cv-07910-DDP-BFM<br><br>STIPULATION TO ORDER CONTINUING HEARING ON THE SONGWRITER DEFENDANTS' MOTION TO DISMISS<br><br>[*Proposed*] Order Submitted Herewith |

## **STIPULATION**

This Stipulation is entered into by and between plaintiff Tempo Music Investments, Inc. ("Plaintiff") and defendants Miley Cyrus, Gregory Hein, Michael Pollack, MCEO, Inc., MCEO Publishing, Songs By Gregory Hein, What Key Do You Want It In Music, Sony Music Entertainment, Sony Music Publishing (US) LLC, These Are Pulse Songs, Songs With A Pure Tone, Concord Music Publishing LLC, Droog Publishing, Warner-Tamerlane Publishing Corp., Amazon.Com Services LLC, Apple Inc., Pandora Media, LLC, Disney Platform Distribution, Inc., Target Corp., Barnes & Noble Booksellers, Inc., Tidal Music LLC, Walmart Inc., Wal-Mart.Com USA, Inc., Wide Eyed Global, iHeartMedia, Inc., and Live Nation Entertainment, Inc. ("Defendants"), by and through their respective counsel, with respect to the following facts:

1. Plaintiff filed its Complaint in this action on September 16, 2024, for alleged copyright infringement of a musical composition copyright.

2. As a result of Local Rule 8-3 extensions of the time for some of the Defendants to respond to Plaintiff's Complaint (Docs. 38, 39, and 40), other Defendants' Federal Rule of Civil Procedure 4(d) waivers of service (Docs. 34 and 36), and the Court's Order Setting Uniform Response Date and Briefing Schedule (Doc. 45), the time for Defendants to respond to Plaintiff's Complaint was extended to November 20, 2024.

3. Also pursuant to the Court's Order Setting Uniform Response Date and Briefing Schedule, defendants Miley Cyrus, also sued as MCEO Publishing, Gregory Hein, also sued as Songs By Gregory Hein, Michael Pollack, also sued as What Key Do You Want It In Music, and MCEO, Inc. (the "Songwriter Defendants") filed their Motion to Dismiss Plaintiff's Complaint, noticed for hearing at 10:00 a.m. on January 13, 2025, and that Motion has now been fully briefed (Docs. 47, 50, and 52).

4. However, the Songwriter Defendants' lead counsel also is lead counsel in an appeal pending before the Court of Appeals for the Ninth Circuit, that Court has

set oral argument for 10:00 a.m. on January 13, 2025, and, in identifying the members of the three-judge panel hearing that appeal, that Court has indicated that oral argument will proceed on that date and at that time.

5. Counsel have conferred and respectfully request that this Court continue the hearing on the Songwriter Defendants' Motion to Dismiss to January 27, 2025, or the next date thereafter available to the Court.

**NOW, THEREFORE,** Plaintiff and the Songwriter Defendants respectfully request that the Court enter the accompanying Order continuing the hearing on the Motion to Dismiss to January 27, 2025, or the next date thereafter available to the Court.

**SO STIPULATED**

Dated: January 7, 2025

/s/ Alex M. Weingarten
Alex M. Weingarten, Esq.
Jeffrey K. Logan, Esq.
Amy M. Stern, Esq.
Emily Horak, Esq.
WILLKIE FARR & GALLAGHER LLP
Attorneys for Plaintiff
TEMPO MUSIC INVESTMENTS, LLC

Dated: January 7, 2025

/s/ Peter Anderson
Peter Anderson, Esq.
Eric H. Lamm, Esq.
Alex Cadena, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
MILEY CYRUS, GREGORY HEIN, MICHAEL POLLACK, MCEO, INC., MCEO PUBLISHING, SONGS BY GREGORY HEIN, WHAT KEY DO YOU WANT IT IN MUSIC, SONY MUSIC ENTERTAINMENT, SONY MUSIC PUBLISHING (US) LLC, THESE ARE PULSE SONGS, SONGS WITH A PURE TONE, CONCORD MUSIC PUBLISHING LLC, DROOG PUBLISHING, WARNER-TAMERLANE PUBLISHING CORP., AMAZON.COM SERVICES LLC, APPLE INC., PANDORA MEDIA, LLC,
(continued next page)

DISNEY PLATFORM DISTRIBUTION, INC., TARGET CORP., BARNES & NOBLE BOOKSELLERS, INC., TIDAL MUSIC LLC, WALMART INC., WAL-MART.COM USA, INC., WIDE EYED GLOBAL, IHEARTMEDIA, INC., and LIVE NATION ENTERTAINMENT, INC.

**Attestation Regarding Signatures**

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: January 7, 2025

/s/ Peter Anderson
Peter Anderson, Esq.