Alex M. Weingarten (SBN 204410)
  AWeingarten@willkie.com
Jeffrey K. Logan (SBN 136962)
  JLogan@willkie.com
Amy M. Stern (SBM 311382)
  AStern@willkie.com
Emily Horak (SBN 340115)
  EHorak@willkie.com
**WILLKIE FARR & GALLAGHER LLP**
2029 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 855-3000
Facsimile: (310) 855-3099

*Attorneys for Plaintiff*
Tempo Music Investments, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| TEMPO MUSIC INVESTMENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MILEY CYRUS, et al.;<br><br>Defendants. | Case No. 2:24-CV-07910-DDP-BFM<br><br>Assigned for all Purposes to the Honorable Dean D. Pregerson<br><br>**STIPULATION FOR ORDER CONTINUING HEARING ON THE SONGWRITER DEFENDANTS' MOTION TO DISMISS AND CONTINUING SCHEDULING CONFERENCE**<br><br>[*Filed concurrently with [Proposed] Order Granting Stipulation*] |

84285595

STIP. TO CONTINUE HR'G ON MOT. TO DISMISS AND SCHEDULING CONFERENCE

Pursuant to Civil Local Rule 7-1, Plaintiff Tempo Music Investments, LLC ("Tempo") and Defendants Miley Cyrus, Gregory Hein, Michael Pollack, MCEO, Inc., MCEO Publishing, Songs By Gregory Hein, What Key Do You Want It In Music, Sony Music Entertainment, Sony Music Publishing (US) LLC, These Are Pulse Songs, Songs With A Pure Tone, Concord Music Publishing LLC, Droog Publishing, Warner-Tamerlane Publishing Corp., Amazon.Com Services LLC, Apple Inc., Pandora Media, LLC, Disney Platform Distribution, Inc., Target Corp., Barnes & Noble Booksellers, Inc., Tidal Music LLC, Walmart Inc., Wal-Mart.Com USA, Inc., Wide Eyed Global, iHeartMedia, Inc., and Live Nation Entertainment, Inc. ("Defendants", and, together with Tempo, the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

## RECITALS

WHEREAS, on September 16, 2024, Tempo filed a Complaint for copyright infringement under 17 U.S.C. § 101 *et seq.* (ECF No. 1);

WHEREAS, the deadline for Defendants to respond to the Complaint was extended to November 20, 2024 pursuant to waivers of service under Federal Rule of Civil Procedure 4(d) (ECF Nos. 34 and 36), stipulations to extend the deadline to respond to the Complaint under Civil Local Rule 8-3 (ECF Nos. 38-40), and the Court's Order Setting Uniform Response Date and Briefing Schedule (ECF No. 45);

WHEREAS, defendants Miley Cyrus, MCEO Publishing, Gregory Hein, Songs by Gregory Hein, Michael Pollack, What Key Do You Want It In Music, and MCEO, Inc. (the "Songwriter Defendants") filed a Motion to Dismiss the Complaint on November 20, 2024, and the Motion to Dismiss noticed a hearing on January 13, 2025 at 10:00 a.m. (ECF No. 47);

WHEREAS, on December 13, 2024, the Court set a Scheduling Conference for March 10, 2025 at 10:00 a.m. (ECF No. 51);

WHEREAS, on January 9, 2025, the Court entered an order continuing the hearing on the Songwriter Defendants' Motion to Dismiss from January 13, 2025 to January 27, 2025 pursuant to a stipulation by the Parties (ECF No. 54);

WHEREAS, on January 23, 2025, the Court entered an order on its own motion continuing the hearing on the Songwriter Defendants' Motion to Dismiss from January 27, 2025 to February 24, 2025 at 10:00 a.m. (ECF No. 55);

WHEREAS, lead counsel for Tempo is also lead counsel in another matter in Los Angeles Superior Court in which an out-of-state deposition was set for February 24, 2025 after extensive motion practice, and lead trial counsel is unavailable to participate in oral argument on February 24, 2025 in this matter; and

WHEREAS, counsel have conferred and respectfully request that this Court: (1) continue the hearing on the Songwriter Defendants' Motion to Dismiss to March 10, 2025 at 10:00 a.m. (the time currently set for the Scheduling Conference), or the next date thereafter available to the Court; and (2) continue the Scheduling Conference to March 31, 2025 or the next date thereafter available to the Court to maximize judicial economy and allow the Motion to Dismiss to be heard before the Parties meet and confer and file reports under Federal Rule of Civil Procedure 26(f).

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, pursuant to Civil Local Rule 7-1 that the Parties respectfully request that the Court enter the accompanying Order:

1. Continuing the hearing on the Songwriter Defendants' Motion to Dismiss to March 10, 2025, or the next date thereafter available to the Court; and

2. Continuing the Scheduling Conference to March 31, 2025, or the next date thereafter available to the Court.

| | | |
|---|---|---|
| Dated: | February 7, 2025 | **WILLKIE FARR & GALLAGHER LLP** |
| | | By:  /s/ *Alex M. Weingarten* |
| | |     Alex M. Weingarten |
| | |     Jeffrey K. Logan |
| | |     Amy M. Stern |
| | |     Emily Horak |
| | | |
| | | *Attorneys for Plaintiff* |
| | | *Tempo Music Investments, LLC* |
| | | |
| Dated: | February 7, 2025 | **DAVIS WRIGHT TREMAINE LLP** |
| | | By:  /s/ *Peter Anderson* |
| | |     Peter Anderson |
| | |     Eric H. Lamm |
| | |     Alex Cadena |
| | | |
| | | *Attorneys for Defendants Miley Cyrus, Gregory Hein, Michael Pollack, MCEO, Inc., MCEO Publishing, Songs By Gregory Hein, What Key Do You Want It In Music, Sony Music Entertainment, Sony Music Publishing (US) LLC, These Are Pulse Songs, Songs With A Pure Tone, Concord Music Publishing LLC, Droog Publishing, Warner-Tamerlane Publishing Corp., Amazon.Com Services LLC, Apple Inc., Pandora Media, LLC, Disney Platform Distribution, Inc., Target Corp., Barnes & Noble Booksellers, Inc., Tidal Music LLC, Walmart Inc., Wal-Mart.Com USA, Inc., Wide Eyed Global, iHeartMedia, Inc., and Live Nation Entertainment, Inc.* |

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the undersigned hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:   February 7, 2025           By:   */s/ Alex M. Weingarten*

                                          Alex M. Weingarten