Peter Anderson, Esq. (Cal. Bar No. 88891)
    peteranderson@dwt.com
Eric H. Lamm, Esq. (Cal. Bar No. 324153)
    ericlamm@dwt.com
Alexandra P. Cadena, Esq. (Cal. Bar No. 352442)
    alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
MILEY CYRUS, also sued as MCEO Publishing,
GREGORY HEIN, also sued as Songs By Gregory Hein,
MICHAEL POLLACK, also sued as What Key Do You
Want it in Music, MCEO, INC., SONY MUSIC
ENTERTAINMENT, SONY MUSIC PUBLISHING (US) LLC,
PULSE 2.0, LLC, sued as These Are Pulse Songs, PURE
TONE MUSIC, LLC, sued as Songs With A Pure Tone,
CONCORD MUSIC PUBLISHING LLC, BLASTRONAUT,
INC., sued as Droog Publishing, WARNER-TAMERLANE
PUBLISHING CORP., AMAZON.COM SERVICES LLC,
APPLE INC., PANDORA MEDIA, LLC, DISNEY PLATFORM
DISTRIBUTION, INC., TARGET CORP., BARNES
& NOBLE BOOKSELLERS, INC., TIDAL MUSIC
LLC, WALMART INC., WAL-MART.COM USA, INC.,
WIDE EYED GLOBAL, IHEARTMEDIA, INC.,
LIVE NATION ENTERTAINMENT, INC.,
XANDRIE SA, and DEEZER S.A.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| TEMPO MUSIC INVESTMENTS, LLC, | ) Case No. 2:24-cv-07910-DDP-BFM |
|                 Plaintiff, | ) ANSWER TO COMPLAINT |
|    v. | ) DEMAND FOR JURY TRIAL |
| MILEY CYRUS, an individual; GREGORY HEIN, an individual; MICHAEL POLLACK, an individual; SONY MUSIC PUBLISHING (US) LLC; CONCORD MUSIC PUBLISHING LLC; WARNER-TAMERLANE PUBLISHING CORP.; MCEO PUBLISHING; WHAT KEY       (continued next page) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

DO YOU WANT IT IN MUSIC;
SONGS WITH A PURE TONE;
SONGS BY GREGORY HEIN;
DROOG PUBLISHING; THESE ARE
PULSE SONGS; WIDE EYED
GLOBAL; MCEO, INC.; SONY
MUSIC ENTERTAINMENT; APPLE
INC.; IHEARTMEDIA, INC.;
PANDORA MEDIA, LLC; DEEZER
S.A.; AMAZON.COM SERVICES
LLC; SOUNDCLOUD GLOBAL
LIMITED & CO. KG; TIDAL MUSIC
LLC; XANDRIE SA; LIVE NATION
ENTERTAINMENT, INC.; TARGET
CORP.; WAL-MART.COM USA, LLC;
WALMART INC.; BARNES &
NOBLE BOOKSELLERS, INC.;
DISNEY PLATFORM
DISTRIBUTION, INC.; and DOES 1-
10, inclusive,

     Defendants.

## ANSWER TO COMPLAINT

Defendant Deezer S.A. ("Defendant") answers the Complaint of plaintiff Tempo Music Investments, LLC ("Plaintiff"), as follows:

### "INTRODUCTION"[1]

1. Answering paragraph 1 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto. To the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

2. Answering paragraph 2 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

3. Answering paragraph 3 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

4. Answering paragraph 4 and footnote 1 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant admits that in January 2023, Miley Cyrus, a well-known recording artist and a defendant in this action, released the song titled *Flowers*, denies that *Flowers* copies *When I Was Your Man*, and lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained therein and, on that basis, denies those allegations.

---

[1] Defendant includes the section headings from the Complaint in this Answer purely for ease of organization; to the extent those headings include any allegations of fact, Defendant denies each and every allegation thereof.

5.      Answering paragraph 5 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

6.      Answering paragraph 6 of the Complaint, Defendant objects to the extent that the allegations contained therein require the opinion of an expert and that purporting to require that Defendant respond at this time is improper and premature under Federal Rule of Civil Procedure 26; as to any non-expert allegations, Defendant denies the allegations contained therein.

7.      Answering paragraph 7 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant admits that Plaintiff purports to bring this action for copyright infringement and claims that all defendants have engaged in the unauthorized reproduction, distribution, and exploitation of *When I Was Your Man*, denies that any defendant has infringed a copyright in *When I Was Your Man*, denies that *Flowers* copies *When I Was Your Man*, and lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained therein and, on that basis, denies those allegations.

**"JURISDICTION AND VENUE"**

8.      Answering paragraph 8 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant admits that Plaintiff contends the Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a) insofar as Plaintiff purports to assert a claim under the Copyright Act, and Defendant denies each and every remaining allegation contained therein.

9.      Answering paragraph 9 of the Complaint, the allegations consist of legal conclusions to which no response is required.  To the extent any response is required,

1  Defendant, without conceding that personal jurisdiction is appropriate as to any other

2  defendant in this action, does not dispute personal jurisdiction over it in this action.

3      10.      Answering paragraph 10 of the Complaint, the allegations consist of legal

4  conclusions to which no response is required.  To the extent any response is required,

5  Defendant, without conceding that venue is appropriate as to any other defendant in

6  this action, does not dispute that venue is proper as to Defendants in this action.

7                                    "**PARTIES**"

8      11.      Answering paragraph 11 of the Complaint, to the extent the allegations

9  contained therein allege conclusions of law, Defendant is not required to plead thereto;

10  to the extent the allegations are deemed allegations of fact, Defendant lacks

11  knowledge or information sufficient to form a belief as to the truth or falsity of the

12  allegations contained therein and, on that basis, denies those allegations.

13      12.      Answering paragraph 12 of the Complaint, to the extent the allegations

14  contained therein allege conclusions of law, Defendant is not required to plead thereto;

15  to the extent the allegations are deemed allegations of fact, Defendant lacks

16  knowledge or information sufficient to form a belief as to the truth or falsity of the

17  allegations contained therein and, on that basis, denies those allegations.

18      13.      Answering paragraph 13 of the Complaint, to the extent the allegations

19  contained therein allege conclusions of law, Defendant is not required to plead thereto;

20  to the extent the allegations are deemed allegations of fact, Defendant lacks

21  knowledge or information sufficient to form a belief as to the truth or falsity of the

22  allegations contained therein and, on that basis, denies those allegations.

23      14.      Answering paragraph 14 of the Complaint, to the extent the allegations

24  contained therein allege conclusions of law, Defendant is not required to plead thereto;

25  to the extent the allegations are deemed allegations of fact, Defendant lacks

26  knowledge or information sufficient to form a belief as to the truth or falsity of the

27  allegations contained therein and, on that basis, denies those allegations.

28  ///

3

15.     Answering paragraph 15 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

16.     Answering paragraph 16 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

17.     Answering paragraph 17 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

18.     Answering paragraph 18 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

19.     Answering paragraph 19 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

20.     Answering paragraph 20 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks

knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

21.     Answering paragraph 21 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

22.     Answering paragraph 22 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

23.     Answering paragraph 23 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

24.     Answering paragraph 24 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

25.     Answering paragraph 25 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

///

26.     Answering paragraph 26 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies it is a "limited company," admits it is organized under French law and, through its music streaming service, has participated in the distribution of *When I Was Your Man* and *Flowers*, and Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained therein and, on that basis, denies those remaining allegations.

27.     Answering paragraph 27 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

28.     Answering paragraph 28 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

29.     Answering paragraph 29 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

30.     Answering paragraph 30 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

6

31.     Answering paragraph 31 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

32.     Answering paragraph 32 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

33.     Answering paragraph 33 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

34.     Answering paragraph 34 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

35.     Answering paragraph 35 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

36.     Answering paragraph 36 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks

knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

37.    Answering paragraph 37 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

38.    Answering paragraph 38 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

39.    Answering paragraph 39 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

40.    Answering paragraph 40 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

41.    Answering paragraph 41 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

///

42.     Answering paragraph 42 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies the allegations contained therein.

"**FACTUAL BACKGROUND**

"**I.     Plaintiff Acquires a Share of the Copyright in 'When I Was Your Man'**"

43.     Answering paragraph 43 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

44.     Answering paragraph 44 of the Complaint, Defendant lacks knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

45.     Answering paragraph 45 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

"**II.     Defendants Have Access to 'When I Was Your Man' Prior to Creating and Exploiting 'Flowers'**"

46.     Answering paragraph 46 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto. To the extent the allegations in that paragraph are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

///

1  "**III.   Flowers' Is Substantially Similar to 'When I Was Your Man'**"

2      47.      Answering Paragraph 47 of the Complaint, Defendant admits that

3  *Flowers* was released in or about January 2023, approximately ten years after *When I*

4  *Was Your Man*, and denies the remaining allegations contained therein.

5      48.      Answering paragraph 48 of the Complaint, to the extent the allegations

6  contained therein allege conclusions of law, Defendant is not required to plead thereto;

7  to the extent the allegations are deemed allegations of fact, Defendant denies the

8  allegations in that paragraph.

9      "**A.      Comparison of the Verse of 'When I Was Your Man' and the**

10      **Chorus of 'Flowers'**"

11      49.      Answering paragraph 49 of the Complaint, to the extent the allegations

12  contained therein allege conclusions of law, Defendant is not required to plead thereto;

13  to the extent the allegations are deemed allegations of fact, Defendant objects that the

14  allegations require the opinion of an expert and purporting to require that Defendant

15  respond at this time is improper and premature under Federal Rule of Civil Procedure

16  26, and as to any non-expert allegations, Defendant lacks knowledge or information

17  sufficient to form a belief as to the truth or falsity of the allegations contained therein

18  and, on that basis, denies those allegations.

19      50.      Answering paragraph 50 of the Complaint, Defendant objects that the

20  allegations require the opinion of an expert and purporting to require that Defendant

21  respond at this time is improper and premature under Federal Rule of Civil Procedure

22  26, and as to any non-expert allegations, Defendant lacks knowledge or information

23  sufficient to form a belief as to the truth or falsity of the allegations contained therein

24  and, on that basis, denies those allegations.

25      51.      Answering paragraph 51 of the Complaint, Defendant objects that the

26  allegations require the opinion of an expert and purporting to require that Defendant

27  respond at this time is improper and premature under Federal Rule of Civil Procedure

28  26, and as to any non-expert allegations, Defendant lacks knowledge or information

1    sufficient to form a belief as to the truth or falsity of the allegations contained therein
2    and, on that basis, denies those allegations.

3         "**B.    Comparison of the Chorus of 'When I Was Your Man' and the**
4         **Chorus of 'Flowers'**"

5         52.    Answering paragraph 52 of the Complaint, Defendant objects that the
6    allegations require the opinion of an expert and purporting to require that Defendant
7    respond at this time is improper and premature under Federal Rule of Civil Procedure
8    26, and as to any non-expert allegations, Defendant lacks knowledge or information
9    sufficient to form a belief as to the truth or falsity of the allegations contained therein
10   and, on that basis, denies those allegations.

11        53.    Answering paragraph 53 of the Complaint, Defendant objects that the
12   allegations require the opinion of an expert and purporting to require that Defendant
13   respond at this time is improper and premature under Federal Rule of Civil Procedure
14   26, and as to any non-expert allegations, Defendant lacks knowledge or information
15   sufficient to form a belief as to the truth or falsity of the allegations contained therein
16   and, on that basis, denies those allegations.

17        54.    Answering paragraph 54 of the Complaint, Defendant objects that the
18   allegations require the opinion of an expert and purporting to require that Defendant
19   respond at this time is improper and premature under Federal Rule of Civil Procedure
20   26, and as to any non-expert allegations, Defendant lacks knowledge or information
21   sufficient to form a belief as to the truth or falsity of the allegations contained therein
22   and, on that basis, denies those allegations.

23        55.    Answering paragraph 55 of the Complaint, Defendant objects that the
24   allegations require the opinion of an expert and purporting to require that Defendant
25   respond at this time is improper and premature under Federal Rule of Civil Procedure
26   26, and as to any non-expert allegations, Defendant lacks knowledge or information
27   sufficient to form a belief as to the truth or falsity of the allegations contained therein
28   and, on that basis, denies those allegations.

56.     Answering paragraph 56 of the Complaint, Defendant denies that a comparison of the lyrics of the songs "suggests that the musical similarities are no coincidence"; as to the remaining allegations, Defendant objects that the allegations require the opinion of an expert and purporting to require that Defendant respond at this time is improper and premature under Federal Rule of Civil Procedure 26, and as to any non-expert allegations contained therein, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

57.     Answering paragraph 57 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant objects that the allegations require the opinion of an expert and purporting to require that Defendant respond at this time is improper and premature under Federal Rule of Civil Procedure 26, and as to any non-expert allegations contained therein, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

58.     Answering paragraph 58 of the Complaint, Defendant objects that the allegations in that paragraph require the opinion of an expert and purporting to require that Defendant respond at this time is improper and premature under Federal Rule of Civil Procedure 26, and as to any non-expert allegations contained therein, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

### "C.     The Closing or Post-Chorus Sections of 'Flowers'"

59.     Answering paragraph 59 of the Complaint, Defendant objects that the allegations in that paragraph require the opinion of an expert and purporting to require that Defendant respond at this time is improper and premature under Federal Rule of Civil Procedure 26, and as to any non-expert allegations contained therein, Defendant

///

lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies those allegations.

60.      Answering paragraph 60 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies the allegations.

"**IV.    Defendants Willfully and Knowingly Exploit 'Flowers' Despite Its Infringement of 'When I Was Your Man'**"

61.      Answering paragraph 61 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies the allegations.

62.      Answering paragraph 62 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; Defendant objects to Plaintiff's "shotgun pleading" of these allegations, making sweeping, vague, and undifferentiated allegations regarding all defendants, notwithstanding that each defendant is a separate company with differing roles relating to *Flowers*; to the extent the allegations are deemed allegations of fact, Defendant, for itself alone, admits that it has in some fashion been involved in the use or other exploitation of *Flowers* and in some instances revenues were derived therefrom, and Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained therein and, on that basis, denies the allegations.

63.      Answering paragraph 63 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant, for itself alone, admits that it has in some fashion been involved in the use or other exploitation of *Flowers*, and Defendant lacks knowledge or information sufficient to form a belief as

13

1    to the truth or falsity of the remaining allegations contained therein and, on that basis,

2    denies the allegations.

### "CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

### (COPYRIGHT INFRINGEMENT (17 U.S.C. § 101 *et seq.*) AGAINST

### ALL DEFENDANTS)"

7    64.    Defendant repeats and realleges its responses set forth above in

8    paragraphs 1 through 63 as if fully set forth herein.

9    65.    Answering paragraph 65 of the Complaint, to the extent the allegations

10   contained therein allege conclusions of law, Defendant is not required to plead thereto;

11   to the extent the allegations are deemed allegations of fact, Defendant lacks

12   knowledge or information sufficient to form a belief as to the truth or falsity of the

13   remaining allegations contained therein and, on that basis, denies the allegations.

14   66.    Answering paragraph 66 of the Complaint, to the extent the allegations

15   contained therein allege conclusions of law, Defendant is not required to plead thereto;

16   to the extent the allegations are deemed allegations of fact, Defendant lacks

17   knowledge or information sufficient to form a belief as to the truth or falsity of the

18   remaining allegations contained therein and, on that basis, denies the allegations.

19   67.    Answering paragraph 67 of the Complaint, to the extent the allegations

20   contained therein allege conclusions of law, Defendant is not required to plead thereto;

21   to the extent the allegations are deemed allegations of fact, Defendant denies it created

22   *Flowers*, and lacks knowledge or information ///

23   sufficient to form a belief as to the truth or falsity of the remaining allegations

24   contained therein and, on that basis, denies those allegations.

25   68.    Answering paragraph 68 of the Complaint, to the extent the allegations

26   contained therein allege conclusions of law, Defendant is not required to plead thereto;

27   to the extent the allegations are deemed allegations of fact, Defendant objects that the

28   allegations require the opinion of an expert and purporting to require that Defendant

respond at this time is improper and premature under Federal Rule of Civil Procedure 26; as to any non-expert allegations remaining contained therein, Defendant denies that *Flowers* copies *When I Was Your Man* and Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained therein and, on that basis, denies those allegations.

69.     Answering paragraph 69 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant, for itself alone, admits that it did not seek or receive permission to copy or interpolate any portion of *When I Was Your Man* into *Flowers*, denies that any such permission was needed; as to any other defendants, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies the allegations.

70.     Answering paragraph 70 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies the allegations.

71.     Answering paragraph 71 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies the allegations.

72.     Answering paragraph 72 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies the allegations.

73.     Answering paragraph 73 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; Defendant objects to Plaintiff's "shotgun pleading" of these allegations, making

sweeping, vague, and undifferentiated allegations regarding all defendants, notwithstanding that each defendant is a separate company with differing roles relating to *Flowers*; to the extent the allegations are deemed allegations of fact, Defendant, for itself alone, admits that it has in some fashion been involved in the use or other exploitation of *Flowers* and in some instances revenues were derived therefrom, Defendant denies that it induced, caused, or materially contributed to the production, preparation, licensing, marketing, or promotion, of *Flowers*, and Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations contained therein and, on that basis, denies the allegations.

74.     Answering paragraph 74 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies the allegations.

75.     Answering paragraph 75 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies the allegations.

76.     Answering paragraph 76 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies the allegations.

77.     Answering paragraph 77 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies the allegations.

///

///

78.     Answering paragraph 78 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies the allegations.

79.     Answering paragraph 79 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies the allegations.

80.     Answering paragraph 80 of the Complaint, to the extent the allegations contained therein allege conclusions of law, Defendant is not required to plead thereto; to the extent the allegations are deemed allegations of fact, Defendant denies the allegations.

## AFFIRMATIVE DEFENSES

81.     Defendant does not presently know all of the facts and circumstances relating to Plaintiff's claim and reserves the right to amend this Answer, including but not limited to adding different or additional affirmative defenses. Subject to the foregoing, and without waiving or excusing Plaintiff's burden of proof, or admitting that any of the following are affirmative defenses upon which Defendant has any burden of proof as opposed to denials of matters as to which Plaintiff has the burden of proof, or that Defendant has any burden of proof at all, Defendant hereby asserts the following affirmative defenses.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

82.     Plaintiff's Complaint fails to state a claim upon which relief may be granted.

///

///

///

17

## SECOND AFFIRMATIVE DEFENSE

### (Lack of Standing)

83. Plaintiff lacks standing to sue for infringement, including under § 501(b) of the Copyright Act of 1976, 17 U.S.C. §§ 101 et. seq.

## THIRD AFFIRMATIVE DEFENSE

### (Co-Owners of Copyright)

84. To the extent that defendants, or any of them, are co-owners of the *When I Was Your Man* copyright, they cannot be liable for infringement of that copyright.

## FOURTH AFFIRMATIVE DEFENSE

### (Independent Creation)

85. The allegedly infringing work was created independently of the allegedly infringed work.

## FIFTH AFFIRMATIVE DEFENSE

### (Lack of Originality or Protectability)

86. The allegedly copied elements or materials lack originality or otherwise are not protected by copyright.

## SIXTH AFFIRMATIVE DEFENSE

### (Plaintiff's Lack of Ownership of the Allegedly Copied Material)

87. Plaintiff does not own the allegedly infringed copyright or any other rights in or to the portions of the claimed works that are allegedly copied.

## SEVENTH AFFIRMATIVE DEFENSE

### (Fair Use)

88. Without admitting the alleged use of any copyrighted material allegedly owned by Plaintiff, which is denied, the conduct of which Plaintiff complains constitutes fair use.

///

///

///

## EIGHTH AFFIRMATIVE DEFENSE

### (Failure to Comply with Copyright Act Formalities)

89.     Plaintiff's claims and/or the remedies Plaintiff seeks are barred by the failure to comply with the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.*, including but not limited to 17 U.S.C. §§ 401 and 408, and each of them.

## NINTH AFFIRMATIVE DEFENSE

### (Waiver)

90.     Plaintiff's claims and/or the remedies Plaintiff seeks are barred by the doctrine of waiver.

## TENTH AFFIRMATIVE DEFENSE

### (License)

91.     Without admitting the use of any copyrighted material allegedly owned by Plaintiff, which is denied, the conduct of which Plaintiff complains was impliedly and/or expressly licensed.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Laches)

92.     Plaintiff's claim and/or the remedies Plaintiff seeks are barred by the doctrine of laches.

## RESERVATION OF RIGHTS

93.     Defendant reserves the right to assert additional affirmative defenses if discovery or Defendant's investigation reveals grounds for the assertion of the additional defenses, including without limitation affirmative defenses that are referenced in Rule 8(c) of the Federal Rules of Civil Procedure or are otherwise available under applicable law.

///

///

///

///

# **PRAYER FOR RELIEF**

**WHEREFORE**, defendant Deezer S.A. prays for judgment as follows:

1.      That Plaintiff take nothing by way of its Complaint and that the Complaint be dismissed with prejudice;

2.      That Defendant be awarded its costs and attorneys' fees; and

3.      For such other and further relief as the Court deems just and proper.

Dated: April 9, 2025

_____/s/ Peter Anderson_____
Peter Anderson, Esq.
Eric H. Lamm, Esq.
Alexandra P. Cadena, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
MILEY CYRUS, also sued as MCEO
Publishing, GREGORY HEIN, also sued as
Songs By Gregory Hein, MICHAEL
POLLACK, also sued as What Key Do You
Want it in Music, MCEO, INC., SONY
MUSIC ENTERTAINMENT, SONY
MUSIC PUBLISHING (US) LLC, PULSE
2.0, LLC, sued as These Are Pulse Songs,
PURE TONE MUSIC, LLC, sued as, Songs
With A Pure Tone, CONCORD MUSIC
PUBLISHING LLC, BLASTRONAUT,
INC., sued as Droog Publishing, WARNER-
TAMERLANE PUBLISHING CORP.,
AMAZON.COM SERVICES LLC,
APPLE INC., PANDORA MEDIA, LLC,
DISNEY PLATFORM DISTRIBUTION,
INC., TARGET CORP., BARNES &
NOBLE BOOKSELLERS, INC., TIDAL
MUSIC LLC, WALMART INC., WAL-
MART.COM USA, INC., WIDE EYED
GLOBAL, IHEARTMEDIA, INC.,
LIVE NATION ENTERTAINMENT, INC.,
XANDRIE SA, and DEEZER S.A.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **DEMAND FOR JURY TRIAL**

Defendant Deezer S.A. respectfully demands trial by jury.

Dated: April 9, 2025

/s/ Peter Anderson
Peter Anderson, Esq.
Eric H. Lamm, Esq.
Alexandra P. Cadena, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
MILEY CYRUS, also sued as MCEO
Publishing, GREGORY HEIN, also sued as
Songs By Gregory Hein, MICHAEL
POLLACK, also sued as What Key Do You
Want it in Music, MCEO, INC., SONY
MUSIC ENTERTAINMENT, SONY
MUSIC PUBLISHING (US) LLC, PULSE
2.0, LLC, sued as These Are Pulse Songs,
PURE TONE MUSIC, LLC, sued as, Songs
With A Pure Tone, CONCORD MUSIC
PUBLISHING LLC, BLASTRONAUT,
INC., sued as Droog Publishing, WARNER-
TAMERLANE PUBLISHING CORP.,
AMAZON.COM SERVICES LLC,
APPLE INC., PANDORA MEDIA, LLC,
DISNEY PLATFORM DISTRIBUTION,
INC., TARGET CORP., BARNES &
NOBLE BOOKSELLERS, INC., TIDAL
MUSIC LLC, WALMART INC., WAL-
MART.COM USA, INC., WIDE EYED
GLOBAL, IHEARTMEDIA, INC.,
LIVE NATION ENTERTAINMENT, INC.,
XANDRIE SA, and DEEZER S.A.