# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TEMPO MUSIC INVESTMENTS, LLC<br><br>　　　　　　Plaintiff,<br>　　v.<br>MILEY CYRUS, et al.<br><br>　　　　　　Defendants. | Case No. 2:24-CV-07910-MRA-BFM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: JUNE 10, 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE