Alex M. Weingarten (SBN 204410)
　AWeingarten@willkie.com
Jeffrey K. Logan (SBN 136962)
　JLogan@willkie.com
Amy M. Stern (SBN 311382)
　AStern@willkie.com
**WILLKIE FARR & GALLAGHER LLP**
2029 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 855-3000
Facsimile: (310) 855-3099

*Attorneys for Plaintiff*
Tempo Secured Music Rights Collateral, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TEMPO SECURED MUSIC RIGHTS COLLATERAL, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MILEY CYRUS. et. al.,<br><br>　　　　Defendants. | Case No. 2:24-CV-07910-MRA-BFM<br><br>**FIRST STIPULATION FOR ORDER SETTING BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS AND CONTINUING CERTAIN PRE-TRIAL AND TRIAL DATES**<br><br>[*Filed concurrently with [Proposed] Order Granting Stipulation and Declaration of Amy M. Stern*] |

1. Pursuant to Local Rule 7-1, Plaintiff Tempo Secured Music Rights Collateral, LLC ("Plaintiff"), on the one hand, and Defendants Miley Cyrus, also sued as MCEO Publishing, Gregory Hein, also sued as Songs By Gregory Hein, Michael Pollack, also sued What Key Do You Want It In Music, MCEO, Inc., Sony Music Entertainment, Sony Music Publishing (US) LLC, Pulse 2.0, LLC, Pure Tone Music, LLC, Blastronaut, Inc., Warner-Tamerlane Publishing Corp., Amazon.Com Services LLC, Apple Inc., Pandora Media, LLC, Disney Platform Distribution, Inc., Target Corp., Barnes & Noble Booksellers, Inc., Tidal Music LLC, Walmart Inc., Wal-Mart.Com USA, Inc., Wide Eyed Global, iHeartMedia, Inc., Live Nation Entertainment, Inc., Soundcloud Global Limited & Co. KG, Deezer S.A., and Xandrie SA, on the other hand (collectively, "Defendants," and, together with Plaintiff, the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

## RECITALS

WHEREAS, Tempo Music Investments, LLC filed a Complaint for copyright infringement pursuant to 17 U.S.C. § 101 *et seq.* in this action on September 16, 2024 (ECF No. 1) (*see* Declaration of Amy M. Stern ("Stern Decl.") at ¶ 3);

WHEREAS, on April 18, 2025, Tempo Music Investments, LLC and Defendants filed a stipulation for an order granting Tempo Music Investments, LLC leave to file a First Amended Complaint which was granted on April 21, 2025 (ECF Nos. 76, 80). Tempo Music Investments, LLC filed the First Amended Complaint on April 22, 2025 (ECF No. 81) (*see* Stern Decl. at ¶ 4);

WHEREAS, on April 21, 2025, the Court granted Defendants' Motion for Order Bifurcating Discovery as to liability and damages and issued the Scheduling Order in this case (ECF Nos. 77, 78) (*see* Stern Decl. at ¶ 5);

WHEREAS, on November 14, 2025, Tempo Music Investments, LLC and Defendants filed a stipulation for an order granting leave to substitute Tempo Music Investments, LLC for Plaintiff and for Plaintiff to file a Second Amended

Complaint which was granted on November 18, 2025 (ECF Nos. 91, 92).  Plaintiff filed the Second Amended Complaint on November 20, 2025 (ECF No. 93) (*see* Stern Decl. at ¶ 6);

WHEREAS, on December 1, 2025, the Parties filed a stipulation for an order extending the expert discovery cut-off in the liability phase of this action from December 8, 2025 to January 9, 2026, which was granted on December 2, 2025 (ECF Nos. 94, 95) (*see* Stern Decl. at ¶ 7);

WHEREAS, the Scheduling Order requires the Parties to file any dispositive motions relating to the liability phase by February 23, 2026 (ECF No. 78), and no briefing schedules or hearing dates have been set.  The Parties have conferred and jointly request that the Court either: (1) establish a briefing schedule and hearing date on Defendants' anticipated dispositive motion as provided below, and continue the other remaining deadlines to accommodate that briefing schedule; or (2) to ensure the Court has ruled on that motion before other deadlines arrive, take the post-hearing dates off calendar to be reset if necessary after the Court rules on Defendants' Motion (*see* Stern Decl. at ¶¶ 8-9);

WHEREAS, should the Court decide to set the Parties' agreed upon briefing schedule and continue the other remaining deadlines, the Parties have also agreed to jointly request a continuance of the ADR completion cut-off date, the dates relating to the damages phase of this action, and trial in order to conserve the resources of the Parties pending the Court's ruling on Defendants' anticipated dispositive motion relating to liability (*see* Stern Decl. at ¶ 9).  The Parties' proposed changes to allow for the briefing schedule are as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Last day to file dispositive motions (liability phase) | February 23, 2026 | February 23, 2026 |
| Last day to file oppositions to dispositive motions | None set | March 24, 2026 |
| Last day to file replies in support of dispositive motions | None set | April 14, 2026 |
| Hearing on dispositive motions | None set | May 5, 2026, or as soon thereafter as convenient for the Court |
| ADR completion cut-off | March 6, 2026 | May 29, 2026 |
| Damages discovery commences | March 2, 2026 | June 22, 2026 |
| Non-expert damages discovery cut-off | June 1, 2026 | September 25, 2026 |
| Damages expert initial disclosures | April 27, 2026 | September 25, 2026 |
| Damages expert rebuttal disclosures | May 18, 2026 | October 16, 2026 |
| Damages expert discovery cut-off | June 1, 2026 | November 6, 2026 |
| Final pre-trial conference | July 6, 2026 | January 12, 2027 |
| Trial | July 14, 2026 | To be set at the final pre-trial conference |

WHEREAS, the Parties agree that a continuance of the above dates is necessary to allow adequate time to engage in mediation and complete the remaining discovery, motion practice, and pre-trial tasks in a productive, efficient, and cost-effective manner (*see* Stern Decl. at ¶¶ 9-10);

3

STIPULATION FOR ORDER SETTING BRIEFING SCHEDULE AND CONTINUING DATES

WHEREAS, given the Parties' agreement that receiving a ruling on Defendants' anticipated dispositive motion before engaging in mediation and conducting damages discovery serves the Parties' and the Court's interests in efficiency and conservation of resources, the Parties request, as an alternative to setting the ADR completion cut-off and subsequent dates, that the Court hold a status conference after issuing its ruling to determine those dates, if necessary (*see id.*);

WHEREAS, the Parties have not previously requested an extension of any of the above dates (*see* Stern Decl. at ¶ 11).

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, pursuant to Local Rule 7-1, that the Court may enter the accompanying Order either setting a briefing schedule and continuing certain pre-trial and trial dates, or alternatively, scheduling a status conference to determine those dates after an issuing an order on dispositive motions concerning liability.

Dated:  February 10, 2026                **WILLKIE FARR & GALLAGHER LLP**

By:     */s/ Amy M. Stern*
          Alex M. Weingarten
          Jeffrey K. Logan
          Amy M. Stern

*Attorneys for Plaintiff*
*Tempo Secured Music Rights Collateral, LLC*

1
2
3  Dated: February 10, 2026          **DAVIS WRIGHT TREMAINE LLP**
4
5                                    By:   */s/ Peter Anderson*
                                           Peter Anderson
6                                          Eric H. Lamm
                                           Alex Cadena
7
8                                    *Attorneys for Defendants Miley Cyrus, also sued as MCEO Publishing, Gregory Hein, also sued as Songs By Gregory Hein, Michael Pollack, also sued What Key Do You Want It In Music, MCEO, Inc., Sony Music Entertainment, Sony Music Publishing (US) LLC, Pulse 2.0, LLC, Pure Tone Music, LLC, Blastronaut, Inc., Warner-Tamerlane Publishing Corp., Amazon.Com Services LLC, Apple Inc., Pandora Media, LLC, Disney Platform Distribution, Inc., Target Corp., Barnes & Noble Booksellers, Inc., Tidal Music LLC, Walmart Inc., Wal-Mart.Com USA, Inc., Wide Eyed Global, iHeartMedia, Inc., Live Nation Entertainment, Inc., Deezer S.A., and Xandrie SA*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the undersigned hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 10, 2026        By:   */s/ Amy M. Stern*
                                      Amy M. Stern