1
2
3
4
5
6
7
8
9
10           **UNITED STATES DISTRICT COURT**
11           **CENTRAL DISTRICT OF CALIFORNIA**
12                  **WESTERN DIVISION**

| | |
|---|---|
| TEMPO SECURED MUSIC RIGHTS COLLATERAL, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MILEY CYRUS. et. al., <br><br> Defendants. | Case No. 2:24-CV-07910-MRA-BFM <br><br> **ORDER GRANTING STIPULATION FOR ORDER SETTING BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS AND CONTINUING CERTAIN PRE-TRIAL AND TRIAL DATES [97]** |

**ORDER**

The Court, having received and considered the Stipulation filed on February 10, 2026 (the "Stipulation") between Plaintiff Tempo Secured Music Rights Collateral, LLC ("Plaintiff"), on the one hand, and Defendants Miley Cyrus, also sued as MCEO Publishing, Gregory Hein, also sued as Songs By Gregory Hein, Michael Pollack, also sued What Key Do You Want It In Music, MCEO, Inc., Sony Music Entertainment, Sony Music Publishing (US) LLC, Pulse 2.0, LLC, Pure Tone Music, LLC, Blastronaut, Inc., Warner-Tamerlane Publishing Corp., Amazon.Com Services LLC, Apple Inc., Pandora Media, LLC, Disney Platform Distribution, Inc., Target Corp., Barnes & Noble Booksellers, Inc., Tidal Music LLC, Walmart Inc., Wal-Mart.Com USA, Inc., Wide Eyed Global, iHeartMedia, Inc., Live Nation Entertainment, Inc., Soundcloud Global Limited & Co. KG, Deezer S.A., and Xandrie SA, on the other hand (collectively, "Defendants," and, together with Plaintiff, the "Parties"), and for good cause shown, hereby GRANTS the Stipulation and ORDERS that the pending pretrial and trial deadlines are modified as set forth below.

| Event | Current Date | New Date |
|---|---|---|
| Last day to file dispositive motions (liability phase) | February 23, 2026 | February 23, 2026 |
| Last day to file oppositions to dispositive motions | None set | March 24, 2026 |
| Last day to file replies in support of dispositive motions | None set | April 14, 2026 |
| Hearing on dispositive motions | None set | May 5, 2026 |
| ADR completion cut-off | March 6, 2026 | May 29, 2026 |

| Damages discovery commences | March 2, 2026 | June 22, 2026 |
|---|---|---|
| Non-expert damages discovery cut-off | June 1, 2026 | September 25, 2026 |
| Damages expert initial disclosures | April 27, 2026 | September 25, 2026 |
| Damages expert rebuttal disclosures | May 18, 2026 | October 16, 2026 |
| Damages expert discovery cut-off | June 1, 2026 | November 6, 2026 |
| Final pre-trial conference | July 6, 2026 | January 12, 2027 at 1:30 pm |
| Trial | July 14, 2026 | To be set at the final pre-trial conference |

**IT IS SO ORDERED**

Date: February 12, 2026

Hon. Mónica Ramírez Almadani
United States District Judge