Peter Anderson, Esq., Cal. Bar No. 88891
    peteranderson@dwt.com
Eric H. Lamm, Esq., Cal. Bar No. 324153
    ericlamm@dwt.com
Alex Cadena, Esq., Cal. Bar No. 352442
    alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
MILEY CYRUS, also sued as MCEO Publishing, GREGORY HEIN, also sued as Songs By Gregory Hein, MICHAEL POLLACK, also sued as What Key Do You Want it in Music, MCEO, INC., SONY MUSIC ENTERTAINMENT, SONY MUSIC PUBLISHING (US) LLC, PULSE 2.0, LLC, sued as These Are Pulse Songs, PURE TONE MUSIC, LLC, sued as Songs With A Pure Tone, CONCORD MUSIC PUBLISHING LLC, BLASTRONAUT, INC., sued as Droog Publishing, WARNER-TAMERLANE PUBLISHING CORP., AMAZON.COM SERVICES LLC, APPLE INC., PANDORA MEDIA, LLC, DISNEY PLATFORM DISTRIBUTION, INC., TARGET CORP., BARNES & NOBLE BOOKSELLERS, INC., TIDAL MUSIC LLC, WALMART INC., WAL-MART.COM USA, LLC, WIDE EYED GLOBAL, IHEARTMEDIA, INC., LIVE NATION ENTERTAINMENT, INC., XANDRIE SA, DEEZER S.A., and SOUNDCLOUD GLOBAL LIMITED & CO. KG

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TEMPO SECURED MUSIC RIGHTS COLLATERAL, LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>MILEY CYRUS, *etc.*, *et al.*,<br><br>             Defendants. | Case No. 2:24-cv-07910-MRA-BFMx<br><br>STIPULATION TO ORDER APPLYING SUMMARY JUDGMENT FILING DEADLINE AND BRIEFING SCHEDULE TO DEFENDANTS' MOTION TO EXCLUDE EXPERT WITNESS<br><br>[*Proposed*] Order Submitted Herewith |

## **STIPULATION**

This Stipulation is entered into by and between Tempo Secured Music Rights Collateral, LLC ("Plaintiff"), on the one hand, and defendants Miley Cyrus, also sued as MCEO Publishing, Gregory Hein, also sued as Songs By Gregory Hein, Michael Pollack, also sued What Key Do You Want It In Music, MCEO, Inc., Sony Music Entertainment, Sony Music Publishing (US) LLC, Pulse 2.0, LLC, Pure Tone Music, LLC, Blastronaut, Inc., Warner-Tamerlane Publishing Corp., Amazon.Com Services LLC, Apple Inc., Pandora Media, LLC, Disney Platform Distribution, Inc., Target Corp., Barnes & Noble Booksellers, Inc., Tidal Music LLC, Walmart Inc., Wal-Mart.Com USA, Inc., Wide Eyed Global, iHeartMedia, Inc., Live Nation Entertainment, Inc., Soundcloud Global Limited & Co. KG, Deezer S.A., and Xandrie SA (collectively, "Defendants"), on the other hand (and, together with Plaintiff, the "Parties"), by and through their respective attorneys of record, with respect to the following facts:

1. This action for alleged copyright infringement has been bifurcated with an initial phase of discovery as to liability, to be followed by Defendants' motion for summary judgment. Discovery as to liability has been completed and Defendants' motion for summary judgment as to liability is to be filed on February 23, 2026.

2. On January 29, 2026, the Parties conferred regarding Defendants' upcoming motion for summary judgment and agreed to request that the Court set a briefing schedule. To that end, on February 10, 2026, the Parties filed their Stipulation to an Order setting the briefing schedule (Doc. 97), and on February 12, 2026, the Court entered its Order setting that briefing schedule (Doc. 98).

3. The Parties have further conferred and on February 17, 2026, agreed that the summary judgment filing deadline and briefing schedule should also apply to Defendants' related motion to exclude one of Plaintiff's expert witnesses, Mr. Jeff Rovin. This request, if granted, will not change any of the dates currently set by the Court and, instead, will only ensure that the filing deadline and briefing on

1  Defendants' motion to exclude will proceed in the same fashion as the filing deadline
2  and briefing on Defendants' motion for summary judgment, with both motions noticed
3  for the same hearing date.
4      **NOW, THEREFORE,** the Parties respectfully request that the Court enter the
5  accompanying Order that the briefing schedule on Defendants' motion for summary
6  judgment also apply to Defendants' motion to exclude Mr. Rovin.

## **SO STIPULATED**

Dated: February 20, 2026

          /s/ Alex M. Weingarten
Alex M. Weingarten, Esq.
Jeffrey K. Logan, Esq.
Amy M. Stern, Esq.
WILLKIE FARR & GALLAGHER LLP
Attorneys for Plaintiff
TEMPO SECURED MUSIC RIGHTS COLLATERAL, LLC

Dated: February 20, 2026

          /s/ Peter Anderson
Peter Anderson, Esq.
Eric H. Lamm, Esq.
Alex Cadena, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
MILEY CYRUS, also sued as MCEO Publishing, GREGORY HEIN, also sued as Songs By Gregory Hein, MICHAEL POLLACK, also sued as What Key Do You Want it in Music, MCEO, INC., SONY MUSIC ENTERTAINMENT, SONY MUSIC PUBLISHING (US) LLC, PULSE 2.0, LLC, sued as These Are Pulse Songs, PURE TONE MUSIC, LLC, sued as, Songs With A Pure Tone, CONCORD MUSIC PUBLISHING LLC, BLASTRONAUT, INC., sued as Droog Publishing, WARNER-TAMERLANE PUBLISHING CORP., AMAZON.COM SERVICES LLC, APPLE INC., PANDORA MEDIA, LLC, DISNEY PLATFORM DISTRIBUTION, INC., TARGET CORP., BARNES & NOBLE BOOKSELLERS, INC., TIDAL MUSIC LLC, WALMART INC., WAL-MART.COM USA, LLC, WIDE EYED

GLOBAL, IHEARTMEDIA, INC., LIVE NATION ENTERTAINMENT, INC., XANDRIE SA, DEEZER S.A., and SOUNDCLOUD GLOBAL LIMITED & CO. KG

### **Attestation Regarding Signatures**

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: February 20, 2026                     /s/ Peter Anderson
                                            Peter Anderson, Esq.