Peter Anderson, Esq. (Cal. Bar No. 88891)
    peteranderson@dwt.com
Eric H. Lamm, Esq. (Cal. Bar No. 324153)
    ericlamm@dwt.com
Alexandra P. Cadena, Esq. (Cal. Bar No. 352442)
    alexcadena@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
MILEY CYRUS, GREGORY HEIN, MICHAEL POLLACK, MCEO, INC., SONY MUSIC ENTER-TAINMENT, SONY MUSIC PUBLISHING (US) LLC, PULSE 2.0, LLC, PURE TONE MUSIC, LLC, BLASTRONAUT, INC., WARNER-TAMERLANE PUBLISHING CORP., AMAZON.COM SERVICES LLC, APPLE INC., PANDORA MEDIA, LLC, DISNEY PLATFORM DISTRIBUTION, INC., TARGET CORP., BARNES & NOBLE BOOKSELLERS, INC., TIDAL MUSIC LLC, WALMART INC., WAL-MART.COM USA, LLC, WIDE EYED GLOBAL, IHEARTMEDIA, INC., LIVE NATION ENTERTAINMENT, INC., XANDRIE SA, DEEZER S.A., and SOUNDCLOUD GLOBAL LIMITED & CO. KG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| TEMPO SECURED MUSIC RIGHTS COLLATERAL, LLC,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MILEY CYRUS, *etc., et al.*,<br><br>                    Defendants. | Case No. 2:24-cv-07910-MRA-BFM<br><br>SECOND STIPULATION REQUESTING EXTENSION OF SUMMARY JUDGMENT RELATED DEADLINES<br><br>[*Filed concurrently with [Proposed] Order Granting Stipulation*] |

## STIPULATION

Pursuant to Local Rule 7-1, Plaintiff Tempo Secured Music Rights Collateral, LLC ("Plaintiff"), on the one hand, and Defendants Miley Cyrus, also sued as MCEO Publishing, Gregory Hein, also sued as Songs By Gregory Hein, Michael Pollack, also sued What Key Do You Want It In Music, MCEO, Inc., Sony Music Entertainment, Sony Music Publishing (US) LLC, Pulse 2.0 LLC, Pure Tone Music, LLC, Blastronaut, Inc., Warner-Tamerlane Publishing Corp., Amazon.Com Services LLC, Apple Inc., Pandora Media, LLC, Disney Platform Distribution, Inc., Target Corp., Barnes & Noble Booksellers, Inc., Tidal Music LLC, Walmart Inc., Wal-Mart.Com USA, Inc., Wide Eyed Global, iHeartMedia, Inc., Live Nation Entertainment, Inc., Soundcloud Global Limited & Co. KG, Deezer S.A., and Xandrie SA, on the other hand (collectively, "Defendants," and, together with Plaintiff, the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

1.      Pursuant to the Court's April 21, 2025, Order (Doc. 78), discovery in this case was bifurcated with an initial phase as to liability, and a February 23, 2026, deadline to file dispositive motions as to liability.

2.      After considering the Parties' Stipulation (Doc. 97), the Court issued its February 12, 2026, Order (Doc. 98) setting a briefing schedule on dispositive motions and continuing other dates, with the deadline to file dispositive motions remaining on February 23, 2026.  After considering another of the Parties' stipulations (Doc. 99), the Court later issued another Order (Doc. 102) applying the dispositive motion briefing schedule to Defendants' related Motion to Exclude the Reports and Testimony of Jeff Rovin (together with Defendants' Motion for Summary Judgment, "Defendants' Motions").

3.      Defendants timely filed their Motions (Docs. 100, 101) on or about February 23, 2026.  Oppositions to Defendants' Motions were due March 24, 2026, Replies in support of Defendants' Motions are due April 14, 2026,  and Defendants' Motions are set for hearing on May 5, 2026 at 10:00 a.m.

1

4. Plaintiff timely filed its Oppositions to Defendants' Motions (Docs. 108, 109) on or about March 24, 2026. Plaintiff also filed three additional motions, namely, the Motions to Exclude the Reports and Testimony of Steven Winogradsky (Doc. 110), Motion to Exclude the Reports and Testimony of Matthew BaileyShea (Doc. 111), and Motion to Exclude the Reports and Testimony of Lawrence Ferrara (Doc. 112) (together, Plaintiff's Motions") on or about March 24, 2026. Plaintiff's Motions are also set for hearing on May 5, 2026 at 10:00 a.m. Defendants' Oppositions to Plaintiff's Motions are due April 14, 2026, and Plaintiff's Replies in support of its Motions are due April 21, 2026.

5. Plaintiff's three additional Motions were not originally contemplated when the Parties stipulated to the current briefing schedule, and they substantially increase the amount of briefing to which Defendants must respond by the current April 14, 2026, deadline. Additionally, Defendants' three attorneys of record are also counsel of record in another matter pending in this Court, and were required to prepare for and take four consecutive depositions as a result of *ex parte* applications filed in that case. Defendants' counsel did not anticipate those depositions occurring during the briefing period for Defendants' Replies in support of their Motions and Oppositions to Plaintiff's Motions. As a result, Defendants' counsel is unable to prepare their Replies, Oppositions, and all supporting documents with sufficient time to permit the representatives of the many Defendants in this case to review them before the current filing deadline.

6. Counsel have conferred and respectfully request that this Court extend the last day for Defendants to file Replies in support of Defendants' Motions from April 14, 2026 to April 21, 2026, extend the last day for Plaintiff to file Replies in support of Plaintiff's Motions to May 5, 2026, continue the hearing date for Defendants' Motions and Plaintiff's Motions from May 5, 2026 to May 26, 2026, at 10:00 a.m., or as soon thereafter as convenient for the Court, and to extend the deadline for ADR completion accordingly from May 29, 2026 to June 19, 2026.

**NOW, THEREFORE,** the Parties respectfully request that the Court enter the accompanying Order extending the last day for Defendants to file Replies in support of Defendants' Motions from April 14, 2026 to April 21, 2026, extending the last day for Plaintiff to file Replies in support of Plaintiff's Motions to May 5, 2026, continuing the hearing date for Defendants' Motions and Plaintiff's Motions from May 5, 2026 to May 26, 2026, at 10:00 a.m., or as soon thereafter as convenient for the Court, and extending the ADR completion date accordingly from May 29, 2026 to June 19, 2026.

**SO STIPULATED.**

Dated: April 9, 2026

*/s/ Eric H. Lamm*

Peter Anderson, Esq.
Eric H. Lamm, Esq.
Alexandra P. Cadena, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
MILEY CYRUS, GREGORY HEIN, MICHAEL POLLACK, MCEO, INC., SONY MUSIC ENTERTAINMENT, SONY MUSIC PUBLISHING (US) LLC, PULSE 2.0, LLC, PURE TONE MUSIC, LLC, BLASTRONAUT, INC., WARNER-TAMERLANE PUBLISHING CORP., AMAZON.COM SERVICES LLC, APPLE INC., PANDORA MEDIA, LLC, DISNEY PLATFORM DISTRIBUTION, INC., TARGET CORP., BARNES & NOBLE BOOKSELLERS, INC., TIDAL MUSIC LLC, WALMART INC., WAL-MART.COM USA, LLC, WIDE EYED GLOBAL, IHEARTMEDIA, INC., LIVE NATION ENTERTAINMENT, INC., XANDRIE SA, DEEZER S.A., and SOUNDCLOUD GLOBAL LIMITED & CO. KG

3

Dated: April 9, 2026

*/s/ Amy M. Stern*

Alex M. Weingarten, Esq.
Jeffrey K. Logan, Esq.
Amy M. Stern, Esq.
WILLKIE FARR & GALLAGHER LLP
Attorneys for Plaintiff
TEMPO SECURED MUSIC RIGHTS
COLLATERAL, LLC

### Attestation Regarding Signatures

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: April 9, 2026

*/s/ Eric H. Lamm*

Eric H. Lamm, Esq.

4