**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TEMPO SECURED MUSIC RIGHTS COLLATERAL, LLC, | Case No. 2:24-cv-07910-MRA-BFM |
| Plaintiff, | ORDER GRANTING SECOND STIPULATION REQUESTING EXTENSION OF SUMMARY JUDGMENT RELATED DEADLINES [120] |
| vs. | |
| MILEY CYRUS, *etc., et al.*, | |
| Defendants. | |

The Court having received and considered the Stipulation filed on April 9, 2026, between Plaintiff Tempo Secured Music Rights Collateral, LLC ("Plaintiff"), on the one hand, and Defendants Miley Cyrus, also sued as MCEO Publishing, Gregory Hein, also sued as Songs By Gregory Hein, Michael Pollack, also sued What Key Do You Want It In Music, MCEO, Inc., Sony Music Entertainment, Sony Music Publishing (US) LLC, Pulse 2.0 LLC, Pure Tone Music, LLC, Blastronaut, Inc., Warner-Tamerlane Publishing Corp., Amazon.Com Services LLC, Apple Inc., Pandora Media, LLC, Disney Platform Distribution, Inc., Target Corp., Barnes & Noble Booksellers, Inc., Tidal Music LLC, Walmart Inc., Wal-Mart.Com USA, Inc., Wide Eyed Global, iHeartMedia, Inc., Live Nation Entertainment, Inc., Soundcloud Global Limited & Co. KG, Deezer S.A., and Xandrie SA, on the other hand (collectively, "Defendants," and, together with Plaintiff, the "Parties"), and for good cause shown, hereby GRANTS the Stipulation and ORDERS as follows:

1.     The deadline for Defendants to file Replies in support of their (a) Motion for Summary Judgment and (b) Motion to Exclude the Report, and Testimony of Jeff Rovin ("Defendants' Motions"), is continued from April 14, 2026 to April 21, 2026;

2.     The deadline for Defendants to file Oppositions to Plaintiff's (a) Motion to Exclude the Report and Testimony of Steven Winogradsky, (b) Motion to Exclude the Reports and Testimony of Matthew BaileyShea, and (c) Motion to Exclude the Reports and Testimony of Lawrence Ferrara, Ph.D. ("Plaintiff's Motions"), is continued from April 14, 2026, to April 21, 2026;

3.     The deadline for Plaintiff to file Replies in support of Plaintiff's Motions is continued from April 21, 2026, to May 5, 2026;

4.     The hearings on Defendants' Motions [100][101] and Plaintiff's Motions [110][111][112] are continued from May 5, 2026, at 10:00 a.m., to **May 26, 2026, at 10:00 a.m.**

///

///

1

///

5.      The ADR completion cut-off is continued from May 29, 2026, to June 19, 2026.

IT IS SO ORDERED.

Dated: April 13, 2026

Hon. Mónica Ramírez Almadani
UNITED STATES DISTRICT JUDGE

2