Alex M. Weingarten (SBN 204410)
  AWeingarten@willkie.com
Jeffrey K. Logan (SBN 136962)
  JLogan@willkie.com
Amy M. Stern (SBN 311382)
  AStern@willkie.com
**WILLKIE FARR & GALLAGHER LLP**
2029 Century Park East, Suite 2900
Los Angeles, CA  90067
Telephone:   (310) 855-3000
Facsimile:    (310) 855-3099

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| TEMPO SECURED MUSIC RIGHTS COLLATERAL, LLC,<br><br>               Plaintiff,<br><br>       v.<br><br>MILEY CYRUS, et al.,<br><br>               Defendants. | Case No. 2:24-cv-07910-MRA-BFM<br><br>Hon.  Mónica Ramírez Almadani<br><br>**SUPPLEMENTAL DECLARATION OF ALEX M. WEINGARTEN IN SUPPORT OF PLAINTIFF TEMPO SECURED MUSIC RIGHTS COLLATERAL, LLC'S:**<br>**(1) REPLIES IN SUPPORT OF MOTIONS TO EXCLUDE TESTIMONY AND REPORTS OF STEVEN WINOGRADSKY, MATTHEW BAILEYSHEA, AND LAWRENCE FERRARA;**<br>**(2) RESPONSE TO DEFENDANTS' EVIDENTIARY OBJECTIONS; AND (3) RESPONSE IN SUPPORT OF PLAINTIFF'S STATEMENT OF ADDITIONAL UNCONTROVERTED FACTS**<br><br>Date:       May 26, 2026<br>Time:      10:00 a.m.<br>Location:  411 W. 4th Street<br>             Courtroom 9B<br>             Santa Ana, CA 92701<br><br>Action Filed:   September 16, 2024 |

## **SUPPLEMENTAL DECLARATION OF ALEX M. WEINGARTEN**

I, Alex M. Weingarten, declare as follows:

1. I am an attorney admitted to practice before this Court and all Courts of the State of California and am a Partner of Willkie Farr & Gallagher LLP, attorneys of record for Plaintiff Tempo Secured Music Rights Collateral, LLC ("Plaintiff"). I have personal knowledge of the facts set forth herein, or know of such facts by reason of my inspection of the records maintained by Willkie in the ordinary course of business, and could and would competently testify thereto if asked to do so.

2. I make this Supplemental Declaration in support of Plaintiff's: (i) Reply in Support of Motion to Exclude the Report and Testimony of Steven Winogradsky; (ii) Reply in Support of Motion to Exclude the Testimony and Reports of Matthew BaileyShea; (iii) Reply in Support of Motion to Exclude the Testimony and Reports of Lawrence Ferrara; (iv) Response to Defendants' Evidentiary Objections; and (v) Response in Support of Plaintiff's Statement of Additional Uncontroverted Facts.[1]

3. On January 8, 2026, my colleague, Amy Stern, took the deposition of Steven Winogradsky. Attached hereto as **Exhibit CCC** are true and correct copies of pages from the certified stenographic transcript of Mr. Winogradsky's deposition.

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 2900
LOS ANGELES, CA 90067
310.855.3000

---

[1] Plaintiff properly submits this evidence in direct response to Defendants' Oppositions to the Motions to Exclude, Evidentiary Objections, and Response to Plaintiff's Statement of Additional Uncontroverted Facts filed on April 21, 2026. *See In re ConAgra Foods, inc.*, 90 F. Supp. 3d 919, 955 (C.D. Cal. 2015) ("Evidence submitted in direct response to evidence raised in the opposition [] is not "new."); s*ee also Terrell v. Contra Costa Cty*, 232 Fed. App'x 626, 629 n.2 (9th Cir. 2007) (holding that evidence adduced in reply was not new where the reply brief "addressed the same set of facts supplied in [] opposition to the motion but provide[d] the full context to [the opposing party's] selected recitation of the facts"). Plaintiff also notes that Defendants submitted additional evidence in support of their Replies and Responses to Plaintiff's Evidentiary Objections. *See, e.g.*, Defendants' Responses to Plaintiff's Evidentiary Objections (ECF No. 122-4) at 32:13-17 (citing as support Anderson Reply Decl. Ex. 22 (Ferrara Depo.) at 55:13-17, 57:9-12, 59:21-60:24, 66:13-67:2); Reply Declaration of Matthew BaileyShea (ECF No. 122-5); Reply Declaration of Peter Anderson (ECF No. 122-6).

1

SUPPLEMENTAL DECLARATION OF ALEX M. WEINGARTEN

4.    On January 7, 2026, Defendants' counsel took the deposition of Anthony Ricigliano.  Attached to this Declaration as **Exhibit DDD** are true and correct copies of pages from the certified stenographic transcript of Mr. Ricigliano's deposition.

5.    On January 9, 2026, Defendants' counsel took the deposition of Jeff Rovin.  Attached to this Declaration as **Exhibit EEE** are true and correct copies of pages from the certified stenographic transcript of Mr. Rovin's deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 5, 2026, at Los Angeles, California.


                                            _/s/ Alex M. Weingarten_
                                            Alex M. Weingarten

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 2900
LOS ANGELES, CA 90067
310.855.3000

2
SUPPLEMENTAL DECLARATION OF ALEX M. WEINGARTEN