# Exhibit DDD

UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF CALIFORNIA


TEMPO SECURED MUSIC RIGHT           )

COLLATERAL, LLC,                    )

                                    )

                 PLAINTIFF,         )

                                    )

vs.                                 )CASE NO.

                                    )2:24-CV-07910-MRA-BFM

MILEY CYRUS, ETC., ET AL.           )

                                    )

                 DEFENDANTS.        )

_____)


ZOOM VIDEOTAPED DEPOSITION OF

EXPERT ANTHONY RICIGLIANO

WEDNESDAY, JANUARY 7, 2026



REPORTER:

JESSICA N. NAVARRO, C.S.R. NO. 13512

JOB No. 7798440

Page 1

ZOOM VIDEOTAPED DEPOSITION OF EXPERT ANTHONY RICIGLIANO TAKEN ON BEHALF OF DEFENDANTS AT 1:04 P.M., ON WEDNESDAY, JANUARY 7, 2026, IN SCARSDALE, NEW YORK, BEFORE JESSICA N. NAVARRO, C.S.R. NO. 13512, PURSUANT TO NOTICE.

APPEARANCES OF COUNSEL

FOR PLAINTIFF:

    WILLKIE FARR &  GALLAGHER, LLP

    BY AMY STERN, ATTORNEY AT LAW

    2029 CENTURY PARK EAST

    LOS ANGELES, CALIFORNIA

    310.855.3181

    ASTERN@WILLKIE.COM

FOR DEFENDANTS:

    DAVIS WRIGHT TREMAINE, LLP

    BY ERIC LAMM, ATTORNEY AT LAW

      PETER ANDERSON, ATTORNEY AT LAW

    350 SOUTH GRAND AVENUE, FLOOR 27

    LOS ANGELES, CALIFORNIA 90071

    213.633.6800

    ERICLAMM@DWT.COM

ALSO PRESENT:

    JOANN YAGER, VIDEOGRAPHER

Page 2

those that are substantive and significant from          02:36

those that are not."  Do you see that?

        A    Yes.

        Q    What criteria do you use to determine

whether a similarity is important or not?          02:36

            Before you answer, let me rephrase it.

            What criteria do you use to evaluate

whether a similarity is more important or less

important?

        A    Well, it would depend upon where you are          02:37

in an individual song and what all of the elements

are.

            That's a blanket question, can't be just

answered.  You have to look at the total picture.

        Q    So is it your testimony that you're unable          02:37

to evaluate whether given similarity that you've

identified in isolation is important?

        A    Would you rephrase the question?  I don't

think I quite understand your question.

        Q    Well, let me put it this way:  You          02:38

testified that you have to look at the bigger

picture.  Is that the -- the phrase that you used?

        A    You have -- you have to take I said the

entire analysis into consideration in something that

may not have been in one particular instance be          02:38

Page 53

important, but the combination of two or three or

four of them all together start becoming more

important.

Q    Okay.  And looking in that for that
combination, looking at that combination, for
example, what criteria would you use to determine
that that combination is important?

A    Well, for example, in the bass-line we
just looked at, we see that in the first instance
the bass-line goes from the A then to the C and then
to the D, okay.  Now, in the next situation you're
going from D minor to a G and you have the same
opportunity to do the same bass-line.  You go from
the D to the F to the G.  Now, neither one did that.

So now when you look back at the first
example of the A going to the C to the D, you go,
well, when you look at the C -- the A to the C to
the D normally you would not think of that as being
terribly significant.  But the fact is that now
that's the only place they went from in this
cyclical motion.  You go from A to D to G to C.  And
the only time that happens within that pattern,
harmonic pattern, is in the first measure and they
only do it in the first measure.  So now when you
look at the first measure you go, well, that

Page 54

normally may not be of significance, but the fact is now none of the other bars have done that particular movement and yet they both do that in this particular song.   So now it becomes more significant because that's the only place they both chose to do it.

Q    And what is the -- what is the criteria you used to determine even that similarity that you just identified is important?

A    I just said it.

MS. STERN:  Objection; asked and answered; sorry, Tony, give me...

BY MR. LAMM:

Q    Why in your opinion is it significant that as you're analyzing, I don't know whether it's true or not, as you're analyzing that's the only place that the bass-line works that way?

A    Sorry, rerepeat the question.

Q    Why in your opinion is that an important similarity that the bass-line works that way in that measure?

MS. STERN:  Well, objection; asked and answered.

(Mr. Anderson left the proceedings.)

MS. STERN:  Tony, you can answer to the

Page 55

extent you understand, but my understanding is that    02:42

you already answered that question.

THE WITNESS:  Yes, that's what I said

before.  I answered the question.  That's it.  I

gave you the answer to the question.    02:42

BY MR. LAMM:

Q    Why is it significant that -- why is it in

your opinion significant or important that something

happens only once in a song in the same way?

A    It is significant where it happens.    02:42

Q    Okay.  So if something happens in a

similar part of a song, is that -- are you saying

that's a criteria that you would use to evaluate

whether it's important?

A    No, you're putting words into my mouth.    02:43

No.

Q    I'm trying to understand your testimony

because you gave me an example, but I'm not sure I

understand what the criteria is that you use to

determine why that example is significant.    02:43

MS. STERN:  Is there a question or can you

repeat the question?

BY MR. LAMM:

Q    Okay.  Well, let me ask you one thing

first.    02:43

Page 56

A    Yes.                                          02:46

Q    That's the first measure of the verse;

correct?

A    Well, that's questionable.

Q    Okay.                                         02:46

A    It depends on what -- I believe the

measure before starts the verse.  You could -- you

could -- if you look, you got a repeat sign there so

you can consider that's the second measure.  But I

said it's the first measure of where the lyrics      02:46

begin with the A minor chord.  I made it specific so

you would know exactly where I was talking.

Q    Okay.  And the bass-line in "Flowers" that

you're referring to that's similar is in the first

measure of where the lyrics start as well; correct?  02:47

A    What we examined there is, yes, right

there.  The first measure of the verse part, which

says "We were good," on A minor chord going to the D

minor chord, yes.

Q    And do you find it significant that         02:47

they're in the same place; correct?

A    Well, they are in the same place.

Basically they're with the A minor chord.  I don't

understand your question.

Q    I'm just making sure I understand your      02:47

Page 59

testimony.  Thank you.  And my question is:  Why do    02:47

you believe that's significant that they're in the

same place?

        A    I asked and answered this question before.

I said they could have done the same thing in the    02:47

next two harmonic motions and neither one of them

chose to do it.  So they both chose to use the same

motion of going from the root of the chord to the

third of the chord to the root of the next chord.

That made it similar to these four bars.  And in the    02:48

end these four bars, they both did the same thing in

the same spot.  So that makes it more significant.

        Q    Is it your opinion that "Flowers" copies

"When I Was Your Man"?

            MS. STERN:  Objection to the extent it    02:48

calls for legal conclusion.  You can answer the

question, Tony.

            THE WITNESS:  I said in my report that I

believe that it copied elements in "Flowers" from

"When I Was Your Man."    02:49

BY MR. LAMM:

        Q    Why in your opinion do these similarities

that you've identified in your report suggest to you

that "Flowers" copied "When I Was Your Man"?

        A    Which is also in my report.  I said it's    02:49

Page 60

not one single element, but there are so many                02:49
elements, some lyrical, some musical, some harmonic,
some melodic.   Some of the other aspects of it
within it.   There are so many.

        Q     So just to be clear, it's the number of      02:49
similarities is that what you're referring to?

            MS. STERN:   Objection; misstates
testimony.

BY MR. LAMM:

        Q     You can go ahead.                            02:50

            MS. STERN:   Tony, you can answer the
question.

            THE WITNESS:   I said it's a combination of
all the elements together, which lead me to a
conclusion that copying has occurred.                      02:50

BY MR. LAMM:

        Q     In this report, this is your affirmative
report we're discussing, do you discuss elements of
the songs at issue that you do not consider to
support your conclusion that copying has occurred?         02:50

        A     Sorry, repeat the question.

        Q     Do you discuss elements of the songs at
issue that you do not consider to support your
conclusion that copying has occurred?

        A     Are you talking about the initial report     02:51

Page 61

itself?                                                        02:51

    Q   Yes.

    A   No.  That -- there's more than the initial report.

    Q   Are you aware that the song writing          02:51
sessions for "Flowers", the sessions in which
"Flowers" was written, are you aware there are
recordings of those sessions?

    A   Yes.

    Q   Were you asked to listen to them?            02:51

    A   Yes.

    Q   And did you listen to them?

    A   Yes.

    Q   And you didn't offer an opinion on them in
your reports; correct?                                        02:51

    A   No.

    Q   Why not?

    A   I didn't find them to be relevant to me to
change my opinion I guess is the answer to that.

    Q   And they're -- the recordings of the song     02:52
writing sessions are not listed in paragraph five
where you identify what you say as the materials
that you reviewed to perform this assignment?

    A   Well, that's because I listened to those
recordings much after I did the report.                       02:53

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

Q    And you see here there's a box with some            03:03

quoted lyrics from "When I Was Your Man" and quoted

lyrics from "Flowers"; correct?

A    Right.

Q    And you bolded some lyrics in there;                03:03

correct?

A    Yes.

Q    Are those the lyrics that you identified

as being similar or having significant similarities?

A    That's what I said here.                            03:03

Q    Are there other lyrics in "When I Was Your

Man" and "Flowers" that you believe have significant

similarities other than what you have in this box?

A    There may be.  But as I said to you,

you're asking me to be an expert in examining all       03:03

the lyrics and these are the most obvious to me from

my musicological aspect relevant in relationship to

the music.

Q    These are -- these lyrics that you've

quoted here on page seven of your report and "When I    03:04

Was Your Man," these are in the chorus of "When I

Was Your Man;" correct?

A    That's what it says.  A similarity in the

chorus is provided below.

Q    Okay.                                               03:04

A    How can I say no?                                03:04

Q    So I'm just trying to make a clear record.

The -- the lyrical similarities in terms

of lyrics, the similarities that you identified are

limited to the lyrics in the chorus "When I Was Your     03:04

Man" and the chorus of "Flowers"; is that correct?

A    As I, at this point in time, recognize

these are the similarities that I am aware of.

Q    The next page, top of the very next page

of your report, paragraph 24.  The first sentence       03:05

begins "Although the lyric phrases given above are

different overall."  Do you see that?

A    Yes.

Q    In what ways are these phrases different?

A    Well, it says "I should have bought" the     03:05

other says "I can buy."  The phrases aren't

identical.  And "held your hand" one says "sand."

Those are different.  The word hand and sand,

although they rhyme, are different words.

Q    Anything else?                               03:06

A    Well, I mean, you can go through them that

way and if you're going to picky, picky, pick it

seems to me rather obvious what the exact

similarities are and those which are not exact.  But

that's -- that's -- that's trying to say these       03:06

Page 70

lyrics have no connection, but there is a connection    03:06

between those.   Even though the lyrics themselves

totally may be different, there's a connection

between them.   "I should have bought you flowers,"

"I can buy my own flowers."   That's obviously those    03:06

have a connection.

Q    Okay.   Please don't be offended, I'm
going -- for the record I'm going to move to strike
the response about a meaningful connection.   I was
just asking you about the differences.   And you    03:07
can -- we'll get to your point about the meaningful
connections in a minute.   I just want to make a
clear record about the differences.

So the word -- I -- this may sound like a
silly question, but it's just for the record.   The    03:07
words before in that line that come before the word
flowers, you agree that they're different; correct?

A    Agree what?

Q    You agree that the words before flowers in
the first line of "When I Was Your Man" are    03:07
different from the words before flowers in the first
line of "Flowers"?

A    You're talking about each specific word as
a word?

Q    Do you agree that the words "That I should    03:07

Page 71

have brought -- bought you" are different from "I   03:07

buy myself"?

    A    Well, they both are talking I.  I should,

I can.  Bought, buy.  I mean, we can argue that I is

I and buy and bought are basically talking about the   03:08

same thing.  But if you say is "should" and "can" be

the same word, then no, they're not the same word.

But "bought" and "buy" are they the same word?

Probably.  If you put in a thesaurus would you get

bought and buy?  Probably come out and say they're   03:08

the same, you know, same type of word or same word.

    Q    Do you see that you bolded "should have

gave you all my" in "When I Was Your Man"?

    A    I'm sorry, say that again.

    Q    Do you see that "When I Was Your Man" on   03:09

that side of the chart you bolded the word "Should

have gave you all my"?

    A    Yeah.

    Q    Why did you bold those words?

    A    Well, I think it's that the lines have a   03:09

similarity to them.  "Talk to myself for hours," is

saying that "Should have gave you all my hours,"

that a person didn't give all their hours and that

they were talking about hours and one is giving

myself hours and I should have gave you hours.  So   03:10

THE WITNESS:  Oh, I'm sorry.  I forgot    04:16
about them.  Can you hear me now?

MR. LAMM:  Yes.

MS. STERN:  I forgot he can't see us.

BY MR. LAMM:    04:16

Q    Okay.  In paragraph 13 of your report you state that the melodic and harmonic material utilized in the chorus of "Flowers" is substantially similar to the melodic -- to the music material contained in the verse and chorus of the song "Man"?    04:16

A    Excuse me, where are you?  You said paragraph 13?

Q    Yes, of your report.

A    Which report?

Q    Your report.  You're affirmative report.    04:16

A    Yes.

Q    Do you see you're referring you use the term substantially similar?

A    On paragraph 13, okay.

Q    Do you see the term substantially similar    04:17
in paragraph 13?

A    I'm sorry?

Q    Do you see the term substantially similar in paragraph 13?

A    Yes.    04:17

Page 104

Q    Can you please explain what you mean by    04:17
substantially similar?

I'll withdraw the question actually.  Let me ask this in a different way.

Are you aware that the term substantially    04:17
similar is a term of art in copyright law?

A    Yes.

Q    Are you purporting to offer an opinion that the plaintiff can meet the standard for substantial similarity in this case?    04:18

A    Yes.

Q    As a matter of law?

A    Yes.

Q    What is your understanding of the standard for substantial similarity?    04:18

MS. STERN:  Object to the extent it calls for a legal conclusion.  But, Tony, you can answer to the extent you understand.

THE WITNESS:  Substantial means there is enough material there that is alike, that it rises    04:18
to the level of a lot of material.  There's a lot of material here that is of significance because of the combination of all this material, the melodic aspect and the harmonic aspect.  And that, for example, you have a chord progression which is A minor, D minor,    04:18

Page 105

G7 to C or G to C that's similar.  You have melodic material that is similar.  And when you put all that together you have a significant amount of similarity.  You have also the similarity as I said of other melodic material.  I mean, the development of the material is there.  It's also similar and there are other phrases that are there.  Like, the dancing phrase which I showed, which in combination of that and that rises to the level of enough similarity for it to be labeled substantial.

BY MR. LAMM:

Q    Are you aware of the extrinsic test that the ninth circuit applies in determining substantial similarity?

A    What applies?

Q    Are you familiar with the extrinsic test that the ninth circuit applies in determining substantial similarity?

A    Yes, the extrinsic test is the expert's testimony as to the amount of similarity and what it is and whether it's significant and whether it rises to that level that justifies a claim of infringement.

Q    In your report you identify some elements, some of the similarities that you discuss as being

Page 106

common.  Do you recall that?                04:20

A    Yes.

Q    Did you identify every element in your report that you believe is common?

A    No.                                     04:20

Q    In other words, some of the similarities that you're referring to in your reports are commonplace, but you don't identify them as commonplace in your reports; is that correct?

A    I didn't -- in my report I didn't say all    04:20
of what was common or what was not common.  I said some of the material is and I didn't name every specific element.

Q    And I know, but just there's a little bit of ambiguity I think in what you're saying.  You're    04:21
saying that of the similarities that you identified in your report, some of them are commonplace; correct?

A    Yes.

Q    Did you identify all of the similarities    04:21
in your report that you found to be commonplace?

A    No.

Q    So put differently, there are some similarities in your report that you're referring to that are common, but you don't identify them as    04:21

Page 107

two of the verse of "Man" and unit two of the course    05:27
of "Flowers"?

    A    They're ending in the pentatonic?  You're
going back to where we were before?

    Q    Yes.  This is --    05:28

    A    And what's your question now is unit two
of "Man" and "Flowers"?

    Q    Yes.

    A    No.  It's ending on the third degree of --
it's ending on E.    05:28

    Q    Is that --

    A    That's not the pentatonic.

    Q    I'm referring to the use of the pentatonic
scale.

    A    Well, if you want to call it the    05:28
pentatonic scale in unit two, I don't have a problem
with that.

    Q    And we can move on, I just -- I think I
want to just put a -- put this in prospective.
Right now what we're discussing is a portion of the    05:29
pitch sequence in unit two, correct, some of the
pitches?

    A    Where are we going?  I'm not sure where
you are now.

    Q    We're referring in unit two -- we're    05:29

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

referring to unit two as transcribed in Exhibit 37    05:29

of your report on the bottom of page five.

A    Okay.  All right, what do you want -- I'm

not sure if you have a question pending.

Q    We've been discussing whether this is --    05:29

to consider this a pentatonic scale.  That's what

we're discussing are two pitches in unit two's pitch

sequences; correct?

A    That's correct.

Q    And specifically the pitches C and A;    05:29

correct?

A    Yes.

Q    And the overall pitch sequences are

different, correct, of this -- of unit two?

A    Well, they're similar, but they're almost    05:30

the same.

Q    But not identical?

A    No, they're not identical.  There are more

words in "Man" as well, our song, whatever, so you

got more pitches.    05:30

Q    And the rhythms are not identical either?

A    They're very similar.  Notice that they on

"name in" and on "but it" is a dotted 8/16th figure

and that, you know, they both don't end rhythmically

on the downbeat.  They both end off the beat with a    05:30

Page 151

tie over at the end of the unit rather, which is the    05:30

end of the phrase.

Q    What beat is name on in "Flowers"?

A    One, two -- this starts on name, name is

on beat three.    05:31

Q    And but in "Man" is on?

A    Beat four.  It's a little bit nutty, but

that's what it is.  If you notice there's triplets

there.  Three plus three.  So (witness singing) it's

not straight.  There's a subtle difference there.    05:31

Q    How many units are there total in

"Flowers" chorus?

A    How many units in the total of "Flowers"

chorus?  Find the sheet music.  One, two, three,

four, five, six, seven -- let me count it again    05:32

because it's odd.  I think there's an odd number.

It's 14.  One, two, three, four, five, six, seven,

eight, nine, 10, 11, 12, 13, 14, 15, 16, 17, 18.

There's 18 bars.  So it's up for interpretation, but

basically you have one unit, two units, three units,    05:33

four units, five units, six units, seven units,

eight units.  Basically you could call it nine units

if you consider the units to be two bars.

Q    You did not analyze the fourth unit of

"Flowers" chorus or the fourth unit of "When I Was    05:33

Page 152

Your Man" verse in your reports; correct?    05:33

A    Are we talking about say things you don't understand of "Flowers"?

Q    Yes.  Is that the chorus?

A    That's in the chorus, say things you don't    05:33 understand, that's the last -- that's unit four.

Q    And you didn't compare the --

A    Are you on page six of my report?

Q    I wasn't looking at a particular page.

A    All right.    05:34

Q    But did you compare in your reports unit four of the chorus of "Flowers" and unit four of the verse of "When I Was Your Man"?

A    I probably did, but I didn't think there was a significant similarity, so I probably did not    05:34 use it.

Q    What about unit five?

A    Unit five of what?

Q    Did you find any significant similarities in -- well, actually, is unit five the same as unit    05:34 one in "Flowers" chorus?

A    In "Flowers"?

Q    In the chorus of "Flowers."

A    No, unit five is different.  Melodically

we're talking; right?    05:34

Page 153

BY MR. LAMM:                                          06:03

    Q    If they had sung pitch B, so D-C-B there

as you were saying --

    A    Who and which song?  What are we talking

about?                                               06:03

    Q    Good point.  All right.  If let's say in

if "When I Was Your Man" if the singer had sung

D-C-B-D-E-E there, would that have sounded

stylistically strange?

        MS. STERN:  Objection; vague and            06:03

ambiguous.

BY MR. LAMM:

    Q    Or unconventional in popular music?

        MS. STERN:  Sorry.  Objection; vague and

ambiguous.                                           06:03

        THE WITNESS:  In both songs or just the

one?

BY MR. LAMM:

    Q    In "When I Was Your Man."

    A    It would sound fine.                         06:03

    Q    Okay.

    A    With the chord, it's -- it would be then

an exact -- it would be an exact sequence of the --

I'm not sure it would be totally exact, but more

closely exact to what was there before.  In other    06:04

Page 156

words, the first phrase of unit one or the unit one, not phrase one, excuse me.                                                      06:04

Q    In preparing your report did you research other songs that had this similarity in pitches that you're referring to in unit two here?                06:04

A    Which pitches are we talking about, the C and the A?

Q    Yes.

A    No, I haven't found -- I wasn't asked to do research.  And all of the musical examples that    06:04 Dr. Ferrara has presented none of them have it.   I would have wasted my time.

Q    Well, that's speculative though, right?   I mean, you don't know if you would have found something that maybe Dr. Ferrara didn't find?            06:04

A    That's true.

Q    Can I ask you something else on let's look down at this is page four of your appendix.

A    Where are we now?

Q    Page four of your appendix.  I'm sorry,           06:05 Appendix I.

A    Page four of the Appendix I.  Okay.  Where are we?

Q    This is your fee schedule; correct?

A    Okay, yeah.  All right.                           06:05

Page 157

Q    And you see here you have a line item that    06:05
says for specific requested research prior art
search the rate is 375 per hour?

A    That's correct.

Q    Is it your testimony you did not perform a    06:05
prior art search in this case?

A    I was not asked to do a prior art
research.  I wasn't asked to do anything except to
do an analysis of the two songs.  That was the
extent and I don't remember exactly what happened    06:06
after that, but probably said could you write a
report and I said, yes.  And that's what I did.
They didn't ask for prior art research and I'm not
even sure if they didn't ask originally for the
report or they asked for the report after I got back    06:06
to them and told them what my findings were.  I just
don't remember.  That's two years ago.

Q    Understood.  Okay.  On the verse of "When
I Was Your Man" and course of "Flowers" you in your
report you compare unit one of "When I Was Your Man"    06:06
and "Flowers" and unit two of "When I Was Your Man"
and "Flowers" and you include unit three.

Are there any other portions of "When I
Was Your Man"'s verse that you found have
significant similarities to "Flowers"?    06:07

Page 158

A    In the verse?    06:07

Q    In the verse.

A    I reserve the right, but at this point in time I can say no.

Q    Okay.    06:07

A    Well, I take it back.  I'm looking at it again.  It's more decorative, but the basic design is still there (witness singing.)  It's more decorative.  He does a lot of melisma in there.  But if you take a look at the design, it's still there,    06:07 E-D-E-D-C-E-F.  I mean, that -- the emphasis is different, but he goes E-F-G-F.  So the basic design of the third phrase of the verse is development of his first phrase, but he just adds a lot of extra notes.  But basically it's the same thing.  I mean,    06:08 basically the design is very similar.  The chord progression is the same, melody is pretty stagnant except he's got that leap at the beginning.  And (witness singing) it's right there.  But I didn't bring it up.  I didn't feel the necessity of it at    06:08 that point in time.  Yes, it is similar and it does repeat it in sequence in the next unit.

So -- but, again, he -- it's -- he varies it, it's not identical.  So -- but it's all cut from the same cloth so to speak.  The unit three is not a    06:09

Page 159

hell of a lot different from unit one.                    06:09

Q    And just to be clear, you're talking about what part of the verse of "When I Was Your Man"?

A    Yeah.

Q    Which part?  What are the lyrics of the    06:09
melody you're referring to?

A    "When our friends talk about all it does, it just tear me down."

Q    And you're saying that melody is similar to the first -- the melody of unit one in "When I    06:09
Was Your Man"'s verse?

A    Yeah, "Same bed, it feels just a little bit bigger now."  If you compare them, they're very similar.  I'm just looking at them.

Q    And is -- what are you saying that portion    06:10
of the melody set to "when our friends talk about you, all it does is just tear me down?"

A    Yeah, it --

Q    -- what -- I'm sorry, let me finish my question.                                          06:10

A    Okay.

Q    That portion of the melody, what are you saying is similar to something in "Flowers" chorus?

A    I'm saying that the design is similar to his.  And if his design is similar to his first    06:10

Page 160

phrase, then it's similar to what is in "Flowers" as    06:10
well.

I compared it -- first I compared it to
some bed, but it feels just a little bit bigger now.
And you can see the obvious similarity there.  Now,    06:10
but I said it's a little more decorative.  He does a
little bit more back and forth between the
E-D-E-D-E-D-E sort of hanging on the Es and moves
down as he did before where he -- if you look at
little bit bigger and you look at little bit bigger    06:11
and you look at does it just tear me, that's --
those pitch sequence is E-D-C-E-F, E-D-C-E-F.  It's
the same figure at the same point in time within bar
one to bar two of unit one of "When I Was Your Man"
up to unit three.  He's just decorated it a bit.    06:11
He's adding a lot of, you know, accurately
decoration to it because he doesn't sing it exactly
the same.  This is typical of a singer who
decorates.  You know, I'm sure Miley Cyrus doesn't
sing "Flowers" exactly the same every time she sings    06:11
it, she's going to decorate.  So if you have your
first phrase A to C to D minor, now you got A to C
to D minor again and your phrase is when our friends
talk, blah, blah, blah, he's going to -- he's got
the same phrase, you know, whatever.  Excuse me.    06:12

Page 161

Now, what's interesting about if you take unit one, unit two, unit three, and unit four when you look at unit four the cadence is on name.  And it ends on C, which is, if I'm not mistaken, is exactly what happens in the chorus one, two, three -- yeah, the exactly what happens in the chorus of "Flowers".

In other words, in other words, units one and two end on the third degree of the scale.  And units three and four end on the first degree of the scale, which is exactly what happens in the chorus of "Flowers".  Same thing.

Q    Units -- okay, hold on.  Okay.  I'm just going to kind of parse this.  "When our friends talk about you, all it does just tear me down."  The melody there, you're saying --

A    Yes.

Q    -- is similar to the melody in "When I Was Your Man"'s "same bed, but it feels just a little bit bigger now"?

A    Correct.  Would look at the fourth beat in the bar?  Does it just tear me, okay, you see that?

Q    Yes.

A    And it says E-D-C-E-F (witness singing).  And at the end of the bar where it's little bit

06:12

06:12

06:12

06:13

06:13

06:14

Page 162

bigger, that's the same melodic material.                06:14

Q    And --

A    The rhythm is the same.

Q    And --

A    The rhythm is the same.                06:14

Q    Okay.  And your testimony is that it's -- it's similar -- because it's similar to the first unit of the verse of "When I Was Your Man", it's therefore similar to "Flowers"?

A    Yeah.                06:14

Q    Okay.  Thank you.  I just want to make sure I understand.

A    Well --

Q    Can I ask you --

A    Wait one second.  I just have something    06:15 else.  If you look at the bottom of page "When I Was Your Man" --

Q    Sorry, sir, I don't know what you're looking at right mow.

A    Bottom of the page two of sheet music of    06:15 "When I Was Your Man".  Okay?

Q    You're referring to exhibit -- to Appendix II of your report?

A    No, no, it's the sheet music that we have.    I don't care where you get it from.  I'm looking at    06:15

Page 163

"When I Was Your Man" the sheet music and I'm                06:15
looking at what is labeled page two.

     Q    Is this specifically about that line "when
our friends talk about you, all it does is just tear
me down"?                                                    06:16

     A    That and the first phrase where it says
"just a little bit bigger now".

     Q    Okay.  I understand your testimony that
those two lines you believe are similar.

     A    Yeah.  I want to show you another           06:16
similarity.

     Q    Between those two lines; okay?

     A    Bruno Mars repeats himself.

     Q    I understand that.

     A    Okay.  Now, I'm asking you to look at the    06:16
bottom of page two.

     Q    Okay.

     A    And it said "I should have bought you..."

     Q    Yes, I see that.

     A    You see that?  That's down a step, down a    06:16
third, up a third and up a step, right?  (witness
singing.)

     Q    Okay.

     A    And if you look at "Does it just tear me"
it's down a step, okay, down a step, up a third, up    06:17

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

Q    Correct.                                          06:22

A    Okay.  The first phrase is "I can buy myself flowers, wear my name in the sand."  The second phrase is "Talk to myself for hours.  Say things I don't understand."  That's the first one I would call period form.  There's two phrases there.  Then you start the second half.  "I can take myself dancing and I can hold my own hand."  Okay, that's the third phrase.  And then the last section goes "yeah, I can love me better than you can."  And that's the end of the chorus and we start the post-chorus.  So basically there's one, two, three, four phrases.  And now the last phrase is shortened or you can say that the third phrase is lengthened.

It's a question of how you want to look at it.  Some might call it an extension and the other might call it a shortened phrase because the chords change too.  You end with "and I can held my own hand" that's the end of pattern.  Now, the harmonic pattern changes.  You go to F to E before you go to the A minor, so you got this extension there.  I call it an extension, a two bar extension.  Someone else may say it's a phrase.

Q    Can we look at Professor BaileyShea's affirmative report briefly?  This is Exhibit 47.        06:23

06:22

06:22

06:23

Page 168

A    Looking at BaileyShea's original -- no, that's rebuttal.  BaileyShea's affirmative.  Where do you want me to go look, which page?

Q    Page eight.

A    Page eight.  Okay.

Q    Did you review table six and table seven of Professor BaileyShea's report?

A    Yes.

Q    Do you agree with the way he's analyzed the phrases here?

A    Well, yeah, he calls it -- he got four bars of the statement with "I can buy myself flowers, write my name in the sand."  And he's got the second one "talk to myself for hours, say things you don't understand."  That's what I just described.  And then he's got what he called departure, "I can take myself dancing and I can hold my own hand."  And he's got conclusion which is what I said consider his conclusion as an extension.

However, you want to -- he calls it a conclusion, I might call it an extension, same thing.  Just a question of how you interpret or what adjective you use to describe it.  He calls it conclusion, I call it extension.

Q    Thank you.  That's table seven.

Page 169

And table six is for "When I Was Your Man".  Do you agree with his analysis of that in table six?

A    Well, let me go look again.  That's the chorus.  Let me go to the chorus.  Two bar, you got two bar.  Okay.  One, two, okay.  I would call that unit one.  And then she gave you all my hours when I had the chance.  He's got his two bars and two bars.  Yeah, I don't have a problem with that.  You want to call a phrase or you want to call it two units?  I mean -- well, he calls it statement repetition, which is what basically I'm saying.  I said that already.  That if you look at it, "I should have bought you flowers and held your hand, should have gave you all my hours," which is a basic duplication of "I should have bought you flowers, should have gave you all my hours."  So I agree with it, it's repetition.  It's slightly modified, but it's repetition.  I don't have a problem with that.  Slightly varied.

And then you have departure "take you to every party because all you want to do is dance."  Yeah.  And "Now my baby is dancing, but it's with some other man."  Yeah, I don't have a problem if he calls it, two, two, two, two.  It's okay.

Page 170

Q    I believe it's two, two, two and three    06:26
bars is the conclusion.

A    I misread it.  Yeah, okay.  Sorry.  One
two, one two, one two, one two, three, yes.  That's
because he's got all those anacrustic phrases there    06:26
so he needs the extra bar at the end.

Now, in traditional form song probably
would have had two bars there.  But if you look --
now, this gets interesting.  Because if you look at
what he's got at the bottom of page three, it looks    06:27
like three, but you could also say well, maybe it's
four.  Okay.  Now, how do I do that?  Okay, you
follow me so far?

Q    No.

A    Four.    06:27

Q    I'm sorry, what page are you referring to?

A    I'm saying where he says conclusion it's
only three bars.

Q    I see that.

A    Okay.  And I'm saying maybe it's four.    06:27

Q    How many bars did you transcribe in the
melody there?

A    Well, you're not listening to me.  You
should ask me the question why do I think it could
be four?    06:27

Page 171

there why don't I ask you something else.                   06:36

I think you state in your report "Flowers"

oscillates between A minor and C major; is that

correct?

A    Yes.                                                  06:36

Q    What portions of "Flowers" are in A minor

in your opinion?

A    The ending of the chorus ends on A minor.

Seems to end on A minor.  When you listen to the

melodic line when she sings "Better than you can"    06:37

the melodic resolution to me sounds like she's in A

minor.  And she sings "I can love me better, I can

love me better than you can" and it sounds like that

at that point it's A minor.  It strongly, strongly

emphasizes A minor.                                        06:37

Q    And is that --

A    But not for long, but just for that -- I

hear that.  It sounds like A minor.

Q    You're referring to the end of the chorus

and the beginning of the post-chorus; correct?       06:37

A    Well, the first measure of the

post-chorus, yeah.

Q    The first measure of the post-chorus?

A    Sounds very strongly like A minor, uh-huh.

Yeah, I agree.                                             06:38

Page 177

Q    Do you believe the second measure of the post-chorus is in A minor?

A    Well, I don't think that the post-chorus is in A minor.  I think the first measure sounds like it's in A minor, but it's negated by -- the D minor can be like you can even consider the A as A minor and also six and C major.  It's ambiguous at that point in time.  I feel a strong sense of arrival when she says you can.  It sounds like that's A minor.

But the next measure D minor could be four in A minor, could be two and C.  But then when you go from D and then to G and then to end on C to me you're back -- you're back into C major.  So that's what I mean by oscillate.

And then when you follow that up with "Paint my nails cherry red" and so on and so forth, all you keep doing is repeating C major, A6-2-5-1, 6-2-5-1.  And 6-2-5, you know, that's -- you're back in C major again.  That's what I meant by oscillates.  It feels in my mind the opening is so clearly in C major the verse, that when you get to the chorus and it goes A minor well, it's temporary motion to A minor, but it doesn't last.  It's killed right away by the next three chords.  You got to

06:38
06:38
06:38
06:38
06:39
06:39

Page 178

2-5-1 and C major again.  And in the next -- and          06:39
that phrase ends with the semi-cadence on C.

And in the next phrase has perfect
authentic cadence "say things you don't understand."
Now, you got two phrases there with A minor to D          06:40
minor to G to C, A minor to D minor to G to C.  And
if you look at just that, that material you have
what's called music a period form.  And you have an
incomplete cadence at the end on sand and a
completed cadence on stand.  That's C major.          06:40

Q    Okay.  Thank you, I'm going to move to
strike that response because the question was how
much of the post-chorus.  I believe you're talking
about other sections of the song, which we'll get
to.          06:40

A    Okay.

Q    In the post-chorus can you look at
paragraph 29 please?

A    Where are we now?

Q    Paragraph 29 of your rebuttal report.          06:40
This is what I asked you to turn to.

A    Sure.

Q    Do you see that you say "However, in
"Flowers" tonality of C is reestablished with the G
to the C at the end of the first phrase and          06:40

Page 179

re-enforced with the following two phrases of the                06:40
chorus."  Do you see that?

A    Yes.

Q    So doesn't that mean that the first two
measures of the post-chorus and the chorus are in A           06:41
minor?

A    Not necessarily.

Q    Well, you say the tonality of C is
re-established with the G to C; right?

A    Well, if you don't know that when the D         06:41
minor is there.  The D minor could be interpreted in
both ways.  And as your musicologist have said in
retrospect you can hear it all in that way.  And I
think the strength of the G to the C tells you that
we're still in the C major.  And in retrospect you        06:41
can hear the D minor in C and you can hear the A
minor as still six again even though it sounds
temporarily like one, it's six again.

Q    The immediately before the chorus there's
a V1 -- and for the court reporter, that's Roman          06:41
numerals -- V1 cadence in A minor into the chorus;
correct?

A    No.  It's not a cadence.

Q    Okay.  At the beginning of paragraph 29
you say although one may argue that the chord before       06:42

Page 180

BY MR. LAMM:                                              07:01

Q   Okay.  I understand your position that it's irrelevant, but I'm still entitled to ask you where the downbeat of the chorus is.  I understand you're looking at units.                                    07:01

A   I answered the --

Q   Asking where the downbeat of the chorus is?

A   In the cut time the downbeat ended up where flower is.                                               07:01

Q   Okay.  And the downbeat of the chorus in the song "Flowers" starts on rest?

A   Correct.

Q   You agree?

A   Yes.                                                 07:01

Q   So the units that you're showing on page six start at different places relative to the downbeat of the chorus?

A   In that notation.

Q   Do they -- does that change in any other  07:02 notation?

A   I'm sorry?

Q   Would that change in any other notation?

A   Well, I believe in four-four it did change and I may be wrong.  Let me check the notation in  07:02

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

four-four.                                                        07:02

No, it doesn't.  It says the flower is --
the downbeat is flowers on the F chord, yes, that's
fine.  Uh-huh.

Q    Okay.  Thank you.  So the word flowers in     07:02
the song "Flowers" is at the end of the first
measure, beginning of the second measure of the
chorus.  Do you agree?

A    As it is notated there, yes.

Q    And that's true, however, it's notated?      07:03

A    I just told you, yes.

Q    Okay.  You refer to a grand pause --

A    Yes.

Q    -- before the chorus.  Do you recall that?

A    I said the grand pause occurs at the         07:03
beginning of each chorus.

Q    Are you aware of any -- well, in what
you're referring to as the grand pause in "When I
Was Your Man" the singer continues to sing, do you
agree?                                                            07:04

A    Only in the first two, not in the third.

Q    Not in the third what?

A    If we go to the sheet music of
"Flowers" -- excuse me, of "Man" go to page five.

Q    Are you waiting for me?                       07:04

Page 193

A    Sorry?                                                07:05

Q    Are you waiting for me?

A    Yes.  Are you on page five of the sheet music?

Q    Page five of which sheet music?            07:05

A    "Man."  That's what we're talking about.

Q    This is Appendix II of your report you're referring to?

A    Could be.  I've got just the sheet music. Could be Appendix II.  Yeah, that would be -- let's    07:05 go to page five of Appendix II, okay.  Okay, you're on page five?

Q    Yes.

A    Now look at what happens before that. Ends -- you see where it says NC?              07:05

Q    Yes.

A    That means no chord.

Q    Okay.  Okay.

A    And notice the measure before, you see that?                                                    07:05

Q    I'm not sure --

A    I just want you to know.

Q    Okay.

A    And if you have a copy of "Flowers" let's go, for example, to page four of the sheet music of    07:06

Page 194

you say "By way of example, Dr. Ferrara's analysis    08:36
of the claimed prior art 'Beautiful Life' by Ace of
Bass is flawed."  Do you see that?

     A    Ace of Bass, I'm not sure what the heck
that means.    08:36

     Q    I think that's the musical group that
created the song "Beautiful Life" we were just
talking about.

     A    Yes, okay.  Yeah, I forgot what that was.
Ace of Bass is flawed.  In contrast with "Flowers,"    08:36
"Beautiful Life" unequivocally establishes the A
minor tonality by beginning and reinforcing the
tonal center throughout the song by including the
chromatic E -- yeah, I agree with that.  I just
said, yeah, I would agree with that.  If you notice    08:36
that in measure four goes to the E and then it
re-emphasizes, so it keeps emphasizing the A minor
tonality.

          I think also, if I remember correctly, I
think I looked this particular song up and the    08:37
tonality is established in the very beginning even
before this example.

     Q    Okay.  Sorry, there was no pending
question yet.  But "Beautiful Life" Dr. Ferrara's
agrees it's in A minor?    08:37

Page 245

A    I would not disagree.                                08:37

Q    Okay.  So is there anything else about his analysis of "Beautiful Life" that you consider to be flawed?

A    Well, by what I said in my paragraph, that        08:37
paragraph I said "These E major chords consistent confirm the A tonality, including at the very end of the song by the E major to the A minor chord."

Q    You're referring to "Beautiful Life" there; correct?                                             08:37

A    Yes, that's "Beautiful Life."  And that's talking about as being flawed because this is clearly in A minor with all the E major chords.

Q    But Dr. Ferrara agrees that it's in a minor.                                                     08:38

A    No, I didn't say -- I didn't disagree with the tonality.  I disagree that the tonality is not -- I said it in here.  These E major chords confirm.  That's what I'm saying.  I didn't disagree with him.  I said I disagree with his making that   08:38
this is the same as "Flowers" or being in the same key as "Flowers."  Because "Flowers" is not and this is clearly, this -- that's what I'm stating here.

Q    Okay.

A    And that there are other melodic elements    08:38

Page 246

that distinguish "Beautiful Life" from "Man" and    08:38

"Flowers."   There's no movement down to C.   So I'm

saying this as a piece of prior art relating to

these two songs is flawed.   That's what I'm saying.

Q    Okay.  And you distinguish it by    08:39

identifying other differences than -- yeah, scratch

that.

Okay, Dr. Ferrara identifies similarities

between "Beautiful Life" and "When I Was Your Man"

and "Flowers."  Did you review those?    08:39

A    I'm having a little bit of difficulty, I'm

very tired I'm afraid.  Say that again.

Q    Dr. Ferrara in his report identifies

various similarities between "Beautiful Life" and

"When I Was Your Man" and "Flowers"?    08:39

A    Yes, there is similarity.

Q    Okay.  Did -- setting aside the key issue,

are there any similarities that you disagreed with?

A    I'd have to go back and read his whole

thing about the similarities between the two.  To    08:40

the best of my knowledge, as I said that the -- the

distinctive similarity that I see is -- so for me to

answer your question would require a lot more work

and go back over his whole analysis of it, but...

Q    Okay.  So is it fair to say that you are    08:40

Page 247

identifying -- in paragraphs 51 through 54 of your    08:41

report you're identifying differences between

"Beautiful Life" on the one hand and "Flowers" and

"When I Was Your Man" on the other?

    A   Yes, there are.  As I said, I consider    08:41

the -- I consider "Flowers" is in C and "Beautiful

Life" is in -- and I said here that the -- the pitch

scale step designations are different.  He's got the

pitch scale steps as being the same and I say

they're different.    08:41

    Q   And that's because of the key of

"Flowers"; correct?

    A   That's the -- because of the key of

"Flowers."  Yes, that's part of the differences that

I have.  I got several in all of those paragraphs.    08:42

    Q   Okay.  "Lonely No More," did you review

Dr. Ferrara's transcription of that?

    A   Yes.

    Q   And -- did you identify -- let me -- do

you disagree -- as you sit here now, is there    08:42

anything you can point to that you disagree with

respect to Dr. Ferrara's transcription of "Lonely No

More"?

    A   To the best of my recollection, there's

nothing I disagree with his transcription of the    08:42

Page 248

recordings themselves of "When I Was Your Man" and      09:07

"Flowers"; is that correct?

        A    It would have to be.

                MR. LAMM:  Okay.  I have no further

questions.  Thank you very much.                        09:08

                THE COURT REPORTER:  Ms. Stern --

                MS. STERN:  Actually, I had 30 seconds

worth of questions.  And then before we go off the

record, I would like to reserve the 30 days for

Mr. Ricigliano to review and correct his transcript.    09:08

                So if I can -- just want to make sure we

didn't go off the record, I can proceed with the

questions.

                THE VIDEOGRAPHER:  Correct.

                MR. LAMM:  Yeah, why, why don't you go   09:08

ahead with your questioning and we can talk about

that.

                MS. STERN:  Thanks, okay.

                        EXAMINATION

BY MS. STERN:                                           09:08

        Q    Mr. Ricigliano, are you offering an

opinion on whether the -- there are significant

similarities in the lyrics between "Flowers" and

"When I Was Your Man?"

        A    Hold on a second.  Yeah, I just had        09:09

Page 261

something I had to do.  I'm sorry, would you repeat the question please?    09:09

Q    Yes.  And, Tony, if you could also sit up so we can see you.

A    Yeah, I'm exhausted here.    09:09

Q    For this quick -- for these very few questions.

Are you offering an opinion on whether there are similarities in the lyrics between "When I Was Your Man" and "Flowers"?    09:09

A    There are similarities in -- am I offering, yeah.

Q    Are you offering an expert opinion on how either the lyrics of "Flowers" or "When I Was Your Man" can be interpreted?    09:09

A    No, no.  As I said before, I'm not a literary expert, no.

Q    Are you offering an expert opinion in this case on whether the lyrics of "Flowers" could be interpreted as commentary on "When I Was Your Man"?    09:09

MR. LAMM:  Objection; asked and answered.

BY MS. STERN:

Q    You can answer the question.

A    No.

Q    And are you offering an opinion in this    09:10

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

case on whether the -- the lyrics of "Flowers" could    09:10

be interpreted as parody of "When I Was Your Man"?

MR. LAMM:  Objection; asked and answered.

THE WITNESS:  No.

MS. STERN:  That's all.    09:10

MR. LAMM:  I have nothing further.

THE VIDEOGRAPHER:  Counsel, would you like to go off the record?

MR. LAMM:  Yes, let's go off the record.

THE VIDEOGRAPHER:  This completes today's    09:10
deposition.  We're going off the record.  The time is 9:09 p.m.

(Whereupon, the deposition was

concluded.)

---o0o---

Page 263

STATE OF CALIFORNIA      )

COUNTY OF LOS ANGELES   )  ss.


          I, JESSICA N. NAVARRO, C.S.R. NO. 13512,

in and for the State of California, do hereby certify:

          That prior to being examined, the witness

named in the foregoing deposition was by me duly

sworn to testify to the truth, the whole truth, and

nothing but the truth;

          That said deposition was taken down by me

in the shorthand at the time and place therein named

and thereafter reduced to typewriting under my

direction, and the same is a true, correct, and

complete transcript of said proceedings;

          That if the foregoing pertains to the

original transcript of a deposition in a Federal

Case, before completion of the proceedings, review

of the transcript [ ] was [ ] was not required.

          I further certify I am not interested in

the event of the action.

          Witness my hand this 21st day of January,

2026.


          JESSICA N. NAVARRO, C.S.R. NO. 13512

          FOR THE STATE OF CALIFORNIA


Page 265