Alex M. Weingarten (SBN 204410)
  AWeingarten@willkie.com
Jeffrey K. Logan (SBN 136962)
  JLogan@willkie.com
Amy M. Stern (SBN 311382)
  AStern@willkie.com
**WILLKIE FARR & GALLAGHER LLP**
2029 Century Park East, Suite 2900
Los Angeles, CA  90067
Telephone:   (310) 855-3000
Facsimile:   (310) 855-3099

*Attorneys for Plaintiff*
Tempo Secured Music Rights Collateral, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| TEMPO SECURED MUSIC RIGHTS COLLATERAL, LLC,<br><br>                    Plaintiff,<br><br>        vs.<br><br>MILEY CYRUS. et. al.,<br><br>                    Defendants. | Case No. 2:24-CV-07910-MRA-BFM<br><br>**THIRD STIPULATION MODIFYING PRE-TRIAL AND TRIAL DATES**<br><br>[*Filed concurrently with [Proposed] Order Granting Stipulation and Declaration of Amy M. Stern*] |

THIRD STIPULATION FOR ORDER MODIFYING PRE-TRIAL AND TRIAL DATES

Pursuant to Local Rule 7-1, Plaintiff Tempo Secured Music Rights Collateral, LLC ("Plaintiff"), on the one hand, and Defendants Miley Cyrus, also sued as MCEO Publishing, Gregory Hein, also sued as Songs By Gregory Hein, Michael Pollack, also sued What Key Do You Want It In Music, MCEO, Inc., Sony Music Entertainment, Sony Music Publishing (US) LLC, Pulse 2.0, LLC, Pure Tone Music, LLC, Blastronaut, Inc., Warner-Tamerlane Publishing Corp., Amazon.Com Services LLC, Apple Inc., Pandora Media, LLC, Disney Platform Distribution, Inc., Target Corp., Barnes & Noble Booksellers, Inc., Tidal Music LLC, Walmart Inc., Wal-Mart.Com USA, Inc., Wide Eyed Global, iHeartMedia, Inc., Live Nation Entertainment, Inc., Soundcloud Global Limited & Co. KG, Deezer S.A., and Xandrie SA, on the other hand (collectively, "Defendants," and, together with Plaintiff, the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows:

## RECITALS

WHEREAS, Tempo Music Investments, LLC filed a Complaint for copyright infringement pursuant to 17 U.S.C. § 101 *et seq.* in this action on September 16, 2024 (ECF No. 1) (*see* Declaration of Amy M. Stern ("Stern Decl.") at ¶ 3);

WHEREAS, on April 18, 2025, Tempo Music Investments, LLC and Defendants filed a stipulation for an order granting Tempo Music Investments, LLC leave to file a First Amended Complaint which was granted on April 21, 2025 (ECF Nos. 76, 80). Tempo Music Investments, LLC filed the First Amended Complaint on April 22, 2025 (ECF No. 81) (*see id*. at ¶ 4);

WHEREAS, on April 21, 2025, the Court granted Defendants' Motion for Order Bifurcating Discovery as to liability and damages and issued the Scheduling Order in this case (ECF Nos. 77, 78) (*see id*. at ¶ 5);

WHEREAS, on November 14, 2025, Tempo Music Investments, LLC and Defendants filed a stipulation for an order granting leave to substitute Tempo Music Investments, LLC for Plaintiff and for Plaintiff to file a Second Amended

1

THIRD STIPULATION FOR ORDER MODIFYING PRE-TRIAL AND TRIAL DATES

Complaint which was granted on November 18, 2025 (ECF Nos. 91, 92). Plaintiff filed the Second Amended Complaint on November 20, 2025 (ECF No. 93) (*see id.* at ¶ 6);

WHEREAS, on December 1, 2025, the Parties filed a stipulation for an order extending the expert discovery cut-off in the liability phase of this action from December 8, 2025 to January 9, 2026, which was granted on December 2, 2025 (ECF Nos. 94, 95) (*see id.* at ¶ 7);

WHEREAS, on February 10, 2026, the Parties filed a stipulation for an order modifying pending pre-trial and trial deadlines, which was granted on February 12, 2026 (ECF Nos. 97, 98) (*See id.* at ¶ 8);

WHEREAS, on February 23, 2026, and after the completion of the first phase as to liability, Defendants filed their Motion for Summary Judgment and Motion to Exclude the Report and Testimony of Jeff Rovin (together, "Defendants' Motions") (ECF Nos. 100, 101) (*see id.* at ¶ 9);

WHEREAS, on March 24, 2026, Plaintiff filed their Motions to Exclude the Reports and Testimony of Steven Winogradsky, Matthew BaileyShea, and Lawrence Ferrara (together, "Plaintiff's Motions") (ECF Nos. 110-112) (*see id.* at ¶ 10);

WHEREAS, on April 9, 2026, the Parties filed a stipulation requesting the extension of Defendants' deadline to file Replies in support of Defendants' Motions and Plaintiff's deadline to file Replies in support of Plaintiff's Motions, continuing the hearing date for Defendants' Motions and Plaintiff's Motions to May 26, 2026, and extending the ADR completion date to June 19, 2026, which was granted on April 13, 2026 (ECF Nos. 120, 121) (*see id.* at ¶ 11);

WHEREAS, on May 26, 2026, the Court heard oral argument on Defendants' Motions and Plaintiff's Motions and took the matters under submission (*see id.* at ¶ 12);

THIRD STIPULATION FOR ORDER MODIFYING PRE-TRIAL AND TRIAL DATES

WHEREAS, given that the Court's rulings on the submitted Motions will determine whether a second phase as to damages and pretrial and trial proceedings are necessary, the Parties indicated during the May 26, 2026 hearing that they intended to submit a stipulation extending or vacating the following dates remaining in the case schedule in this matter while Defendants' Motions and Plaintiff's Motions are under submission (*see id.*):

| Event | Current Date |
|---|---|
| ADR completion cut-off | June 19, 2026 |
| Damages discovery commences | June 22, 2026 |
| Non-expert damages discovery cut-off | September 25, 2026 |
| Damages expert initial disclosures | September 25, 2026 |
| Damages expert rebuttal disclosures | October 16, 2026 |
| Damages expert discovery cut-off | November 6, 2026 |
| Final pre-trial conference | January 12, 2027 |
| Trial | To be set at the final pre-trial conference |

WHEREAS, the Parties have conferred and jointly request that the Court vacate the above remaining dates pending the Court's ruling on the submitted Motions, with new dates to be set, if necessary, once the Court has issued its ruling, and with the understanding that vacating the ADR completion cut-off date does not prevent the parties from engaging in a mediation should they agree to do so (*see id.* at ¶ 13);

3

THIRD STIPULATION FOR ORDER MODIFYING PRE-TRIAL AND TRIAL DATES

WHEREAS, given the Parties' agreement that receiving a ruling on Defendants' Motions and Plaintiff's Motions before conducting damages discovery serves the Parties' and the Court's interests in efficiency and conservation of resources, the Parties request that the Court enter the accompanying Order vacating the remaining scheduled dates and, if the Court's ruling on the submitted Motions does not resolve the case, provide for the rescheduling of those dates (*see id*. at ¶ 14).

## **STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, pursuant to Local Rule 7-1, that the Court may enter the accompanying Order vacating pre-trial and trial dates.

Dated:  June 4, 2026

**WILLKIE FARR & GALLAGHER LLP**

By:    */s/ Amy M. Stern*
      Alex M. Weingarten
      Jeffrey K. Logan
      Amy M. Stern

*Attorneys for Plaintiff*
*Tempo Secured Music Rights Collateral, LLC*

Dated:  June 4, 2026

By:    */s/ Peter Anderson*
      Peter Anderson
      Eric H. Lamm
      Alex Cadena
**DAVIS WRIGHT TREMAINE LLP**
*Attorneys for Defendants Miley Cyrus, also sued as MCEO Publishing, Gregory Hein, also sued as Songs By Gregory Hein, Michael Pollack, also sued What Key Do You Want It In Music, MCEO, Inc., Sony Music Entertainment, Sony Music Publishing (US) LLC, Pulse 2.0, LLC, Pure*

THIRD STIPULATION FOR ORDER MODIFYING PRE-TRIAL AND TRIAL DATES

*Tone Music, LLC, Blastronaut, Inc., Warner-Tamerlane Publishing Corp., Amazon.Com Services LLC, Apple Inc., Pandora Media, LLC, Disney Platform Distribution, Inc., Target Corp., Barnes & Noble Booksellers, Inc., Tidal Music LLC, Walmart Inc., Wal-Mart.Com USA, Inc., Wide Eyed Global, iHeartMedia, Inc., Live Nation Entertainment, Inc., Deezer S.A., and Xandrie SA*

5

THIRD STIPULATION FOR ORDER MODIFYING PRE-TRIAL AND TRIAL DATES

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the undersigned hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 4, 2026                    By:    */s/ Amy M. Stern*
                                                Amy M. Stern

THIRD STIPULATION FOR ORDER MODIFYING PRE-TRIAL AND TRIAL DATES