**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TEMPO SECURED MUSIC RIGHTS COLLATERAL, LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>MILEY CYRUS, et al.,<br><br>            Defendants. | Case No. 2:24-cv-07910-MRA-BFM<br><br>Hon.  Mónica Ramírez Almadani<br><br>**ORDER GRANTING THIRD PARTY STIPULATION FOR ORDER MODIFYING PRE-TRIAL AND TRIAL DATES [135]**<br><br>Action Filed:  September 16, 2024 |

ORDER

## ORDER

The Court, having received and considered the Stipulation filed on June 4, 2026 (the "Stipulation") between Plaintiff Tempo Secured Music Rights Collateral, LLC ("Plaintiff"), on the one hand, and Defendants Miley Cyrus, also sued as MCEO Publishing, Gregory Hein, also sued as Songs By Gregory Hein, Michael Pollack, also sued What Key Do You Want It In Music, MCEO, Inc., Sony Music Entertainment, Sony Music Publishing (US) LLC, Pulse 2.0, LLC, Pure Tone Music, LLC, Blastronaut, Inc., Warner-Tamerlane Publishing Corp., Amazon.Com Services LLC, Apple Inc., Pandora Media, LLC, Disney Platform Distribution, Inc., Target Corp., Barnes & Noble Booksellers, Inc., Tidal Music LLC, Walmart Inc., Wal-Mart.Com USA, Inc., Wide Eyed Global, iHeartMedia, Inc., Live Nation Entertainment, Inc., Soundcloud Global Limited & Co. KG, Deezer S.A., and Xandrie SA, on the other hand (collectively, "Defendants," and, together with Plaintiff, the "Parties"), and for good cause shown, hereby GRANTS the Stipulation and ORDERS that:

The remaining pretrial and trial dates in this action are vacated pending the Court's ruling on Defendants' Motion for Summary Judgment and Motion to Exclude the Report and Testimony of Jeff Rovin, as well as Plaintiff's Motions to Exclude the Reports and Testimony of Steven Winogradsky, Matthew BaileyShea, and Lawrence Ferrara, which Motions were argued on May 26, 2026, and taken under submission. If those submitted Motions do not resolve the case in its entirety, within 21 days of the Court's ruling on those submitted Motions the parties shall file a Joint Status Report with proposed new dates and the Court may set a new scheduling conference to set new dates.

**IT IS SO ORDERED.**

Dated: June 9, 2026

Hon. Mónica Ramírez Almadani
United States District Judge

ORDER