

FILED
CLERK, U.S. DISTRICT COURT

JUN - 8 2026

CENTRAL DISTRICT OF CALIFORNIA
BY ___ JB ___ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TEMPO MUSIC INVESTMENTS, LLC,** <br> Plaintiff, | **Case No.** ~~2:24-cv-07823-MRA~~ <br> 2:24-cv-07910-MRA <br> Hon. Mónica Ramírez Almadani |
| - vs - | **NOTICE OF SUPPLEMENTAL FORENSIC EVIDENCE** |
| **MILEY CYRUS, et al. (SONY MUSIC),** <br> Defendants. | |

## NOTICE TO THE COURT

**TO THE HONORABLE COURT:**

I, RAFAEL CARLOS SANTOS, Pro Se Intervenor, hereby submit this **Notice of Supplemental Forensic Evidence** to rebut claims regarding ownership standing. Annexed hereto is **Exhibit D**, a notarized forensic log audit of Workstation B38.

This evidence demonstrates a coordinated mechanical breach occurring on November 15, 2024, utilized by Sony Music and unauthorized proxies to manually override Independent Copyright TX-U 1-702-611. This mechanical bypass converted my 108/85 Hz architecture into a "Work-for-Hire" status without authorization or consideration.

This evidence is submitted to ensure the Court is aware of the "Clouded Title" affecting the catalog in question and to verify the authenticity of the forensic hash linked to OIG Case TMG202605786.

Respectfully submitted,

**RAFAEL CARLOS SANTOS**
Naples, Florida | Pro Se Intervenor

**Registration Number**

# TXu 1-702-611

**Effective date of registration:**

January 15, 2010

## Title

**Title of Work:** the astral concert

## Completion/ Publication

**Year of Completion:** 2009

## Author

- **Author:** rafael santos

  **Author Created:** text, photograph(s), compilation, editing, computer program, artwork, written music

  **Work made for hire:** No

  **Citizen of:** Peru            **Domiciled in:** United States

  **Year Born:** 1970

## Copyright claimant

**Copyright Claimant:** rafael santos

3705 thomasson dr, naples, FL, 34112

## Rights and Permissions

**Name:** rafael santos

**Email:** santos09@hotmail.com            **Telephone:** 239-961-5202

## Certification

**Name:** rafael santos

**Date:** December 14, 2009

**Applicant's Tracking Number:** 1-297116391

---

**Copyright Office notes:** Regarding author information: Deposit contains words and music only.