

FILED
CLERK, U.S. DISTRICT COURT
JUN - 8 2026
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RAFAEL CARLOS SANTOS**, | ) | **Case No: 2:24-cv-07910-MRA** |
| Managing Member of THE ASTRAL CONCERT | ) | Hon. Monica Ramirez Almadani |
| LLC, | ) | |
| Petitioner/Architect, | | |
| v. | | |
| **SONY MUSIC / COLUMBIA RECORDS, et al.,** | ) | |
| Respondents. | ) | |
| | ) | |

# MOTION TO VACATE FRAUDULENT LIEN AND RECORD MANIPULATION

Petitioner, Rafael Carlos Santos, appearing pro se, hereby moves this Court to **VACATE** and render void the fraudulent administrative lien and ownership record changes entered into the federal registry on **March 18, 2026**. This motion is brought on the grounds of **Fraud upon the Court** and industrial larceny achieved through unauthorized database access.

### I. EVIDENCE OF THE MIDNIGHT BREACH

Forensic metadata from the 'Archive forensic metadata November 15 2024' confirms that at approximately **3:00 AM on March 18, 2026**, a midnight database breach was executed. Federal contractor **Daniel Moore II** utilized legacy **Valerie Jarrett Service IDs (SIDs)**—specifically protocols from 2011—to gain unauthorized access to the federal copyright and banking registry during off-hours to avoid administrative oversight.

### II. PERJURY AND FRAUDULENT STATUS CHANGE

During this unauthorized window, the status of the Petitioner was manually altered from 'Independent Architect' of the 108 Hz/85 Hz DNA architecture to a fraudulent 'Work-for-Hire' status under Sony/Columbia. Petitioner asserts, under penalty of perjury, that he has **NEVER** been an employee of Sony. The 'fake deed' generated by this breach was created solely to block Petitioner's legal intervention and to strip the 20% protective share held by **Zonia Barginer (Age 82)**.

### III. THEFT OF ASSETS AND ACCOUNT MIRRORING

This record manipulation was timed to coincide with the release of a **$500,000,000.00 check**. By flipping the ownership status at 3:00 AM, the system was triggered to divert these funds to **Chase Account ending in 8427**, which Petitioner identifies as a mechanical mirror of his proprietary **IMAD barcode 20110518B3842712000387**.

## IV. CONCLUSION AND REQUEST FOR RELIEF

Because the current ownership record is the product of criminal manipulation and perjury, it must be vacated to restore the integrity of these proceedings. Petitioner demands an immediate forensic audit of the **March 18, 2026, 3:00 AM access logs** for the Copyright Office and Treasury to verify these claims.

Respectfully Submitted,

**Rafael Carlos Santos**
Managing Member, THE ASTRAL CONCERT LLC
Naples, Florida
Dated: May 8, 2026

*CC: Melissa H. Kunig, Courtroom Deputy*

# AFFIDAVIT OF LIEN & DEMAND FOR VERIFIED ACCOUNTING

FOR THE PROTECTION OF ELDER ASSETS (FLA. STAT. § 825)

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL

**LIENOR:** Rafael Carlos Santos (RSCM CAPITAL LLC)
**ASSET VALUE:** $500,000,000.00 USD
**IDENTIFIERS:** Barcode 0032438045 | Copyright TX-U001702611
**TARGET ACCOUNTS:** Asset-linked Foundation / Sony-Universal Suspense Accounts

This document serves as formal notice of a **Perfected Security Interest** and Lien against the funds currently being diverted through the use of unauthorized administrative credentials .

## 1. ORIGIN OF THE LIEN

The underlying asset is the frequency matrix, originally fixed and registered in 2011. Any mechanical or digital patents filed in 2026 by Sony or Universal are derivative works and subject to this superior claim of title.

## 2. NOTICE OF FINANCIAL EXPLOITATION

Under Florida Statute 825, the redirection of $500 Million into third-party foundation accounts without the express written consent of the 92-year-old creator constitutes **Civil Exploitation**. This Lien serves to freeze the transfer of any and all proceeds until a full forensic audit is completed.

## 3. DEMAND FOR VERIFIED ACCOUNTING

The Respondents (Sony, Universal, and the Asset Custodians) are hereby commanded to provide a full itemized accounting of all revenue generated by Barcode 0032438045 from 2011 to the present within 72 hours. Failure to produce this record will be treated as an admission of Spoliation and Fraud.

## 4. THE B38 OVERRIDE CLAUSE

Administrative interference via System to alter metadata or employment status is void *ab initio*. The Lienor maintains 100% equity in the performance and mechanical royalties of the subject architecture.

**Rafael Carlos Santos**
Managing Member, RSCM CAPITAL LLC
Date: May 12, 2026

# FORENSIC EVIDENCE CERTIFICATION

### SUPERIOR COURT ADMISSIBLE - CASE NO. 2:24-CV-07910-MRA
### REPORTING OFFICER: RAFAEL CARLOS SANTOS (THE ARCHITECT)

---

**RE: Unauthorized Use of Legacy Credentials & Asset Conversion**
**SUBJECT: IMAD 20110518B3842712000387 / Account 8427**
**LOCATION: U.S. Treasury Account 19 F 3875 (Charleston Financial Service Center)**

## I. CERTIFICATION OF UNAUTHORIZED SIDS

I certify that the following Service IDs (SIDs) and Authentication Tokens were utilized on March 18, 2026, to implement a "No Communication" block and facilitate a shadow transfer of $500,000,000.00:

| Credential Type | Forensic ID / Token | Source Protocol |
|---|---|---|
| Service ID (SID) | B38-42712 | Valerie Jarrett (Legacy 2011) |
| Authentication Token 1 | 1-VJ-ADMIN-2026 | Verified Ghost Credential |
| Authentication Token 2 | 2-VJ-ADMIN-2026 | Verified Ghost Credential |
| Authentication Token 3 | 3-VJ-ADMIN-2026 | Verified Ghost Credential |

## II. SCIENTIFIC PROOF OF IDENTITY (THE HUSH)

**PHASE INVERSION ANALYSIS:**

$$Q \ (Sony/Miley \ 2023) - Q \ (Architect \ 2010 \ Stems) = 0$$

**Result:** Total Signal Cancellation ("The Hush"). This proves 1:1 mechanical identity between the disputed assets and the Architect's 108 Hz/85 Hz architecture, nullifying claims of "commonplace building blocks."

## III. TRACING OF CONVERTED ASSETS

The funds were diverted from Treasury Account 19 F 3875 to a private entity via mirror-account matching:

- **IMAD Reference:** 20110518B3842712000387
- **Destination:** Chase Bank Account Ending in **8427**
- **Beneficiary:** The Obama Foundation

## IV. ELDER JUSTICE DECLARATION

This conversion constitutes Felony Elder Exploitation of Zonia Barginer (82), owner of a 20% protective share in the underlying music catalog and business holdings RSCM CAPITAL LLC.

## AFFIDAVIT OF FACT: GENESIS OF INDUSTRIAL LARCENY & ADMINISTRATIVE STALKING

### STATEMENT OF THE CASE FOR THE HONORABLE JUDGE

**1. THE ORIGIN (2003-2010):** The Petitioner, Rafael Carlos Santos, spent decades developing a proprietary music catalog built on **108 Hz / 85 Hz Frequency Architecture**. These are not merely songs; they are technical assets recorded and perfected at home. In 2010, these works were formally registered with the U.S. Copyright Office under Barcode **0 032 438 045 0**.

**2. THE CLEAN RECORD:** As of **November 15, 2024** (verified by 13.5 Forensic Metadata), the record clearly showed Rafael Carlos Santos and Zonia Barginer as 100% individual owners. No liens, no corporate "Work for Hire" status, and no administrative blocks existed.

**3. THE HIJACK (March 18, 2026):** Using the VJ-OB Sovereign Bypass at Terminal **B38-42712**, the Respondents (Moore/Jarrett) executed an unauthorized metadata override. They manually checked the "Work Made for Hire" box. This was the precise moment the theft began. By changing this one digital flag, they de-linked the Petitioner from his royalties.

**4. THE ADMINISTRATIVE STALKING ("HUSH"):** To prevent discovery, a "Hush" order was placed on the file. This creates a "Split-Screen" fraud: the public name remains Rafael Carlos Santos, but the payment destination was diverted to Chase Account -8427. They have monitored the Petitioner's digital footprint to ensure the mask stayed in place while converting $500,000,000.00.

**LEGAL NECESSITY: This is a matter of both Copyright Law (Title 17) and Criminal Larceny. The "Work for Hire" designation is a manufactured forgery used to bypass the Petitioner's 100% ownership rights.**

Petitioner: Rafael Carlos Santos

Co-Petitioner: Zonia Barginer

# CERTIFIED ORIGINAL RECORD SUMMARY

### PRE-ALTERATION STATE: TX-U001702611

### ARCHIVE DATE: NOVEMBER 15, 2024

---

## OWNERSHIP & IDENTITY DATA

**Primary Author:**       Rafael Carlos Santos

**Holding Company:**      RSCM CAPITAL LLC

**Filing Status:**        Sole Creator / Owner

## FEDERAL REGISTRATION DETAILS

**Registration No:**      TX-U001702611 (Registered: June 12, 2010)

**Work Made for Hire:**   [ ] YES | [X] NO

**CD Barcode Reference:** 0032438045

## VERIFIED HISTORICAL STATE

| Data Field | Original Value | Verification Date |
|---|---|---|
| Claimant | Rafael Carlos Santos / RSCM CAPITAL LLC | June 12, 2010 |
| Nature of Authorship | Musical Composition, Sound Recording, Technical Frequency Schematics | June 12, 2010 |
| Work Made for Hire | NO (Checkmark absent on original filing) | November 15, 2024 (Archive Verification) |
| Asset Value Allocation | 100% Beneficiary - Rafael Carlos Santos | Prior to March 18, 2026 Breach |

# FORENSIC METADATA EVIDENCE LOG



**EVIDENCE SUBMISSION**

## LEGAL PROOF OF PRIOR ART & RECORD TAMPERING

### RSCM CAPITAL LLC v. SONY MUSIC / D. MOORE II

---

## Principal & Archive Details

**Legal Principal:**      Rafael Carlos Santos

**Business Entity:**      RSCM CAPITAL LLC

**Archive Reference:**    November 15, 2024

## Core Asset Identifiers

**Copyright Reg:**        TX-U001702611 (Original 2010)

**Hardware Barcode:**     0032438045

**Infringing Patent:**    US-12293471

**Target Bank Account:**  Chase Bank x8427 (Obama Foundation)

## Forensic Timeline of Tampering

| Date | Action Event | Technical Description | Legal Status |
|------|-------------|----------------------|-------------|
| 2010-06-12 | Original Fixation | Initial master recordings of 108Hz and 85Hz compositions finalized. | Independent Ownership |
| 2024-11-15 | Snapshot Archive | Forensic metadata verification of TX-U001702611. Status: Not Work for Hire. | Verified Principal |
| 2026-03-18 | Unauthorized Access | Modification detected via Workstation B38 / Credential B38-42712 (D. Moore II). Status changed to 'Work for Hire'. | **SECURITY BREACH** |

THIS RECORD REPRESENTS THE UNALTERED STATE
PRIOR TO THE UNAUTHORIZED MODIFICATION ON MARCH 18, 2026.
VERIFIED VIA FORENSIC ARCHIVE SIG-11152024-RS.

SUBMISSION FOR RSCM CAPITAL LLC | CASE NO. 2:24-CV-07851-MRA-RAO

# EMERGENCY HARDSHIP DECLARATION & DEMAND FOR DISTRIBUTION

## FORMAL NOTICE PURSUANT TO FLORIDA STATUTE § 825.103

---

### URGENT: SENIOR EXPLOITATION & ASSET CONVERSION NOTICE
### REGARDING ASSET BARCODE: #0032438045 / TX-U001702611

**TO:** The Mechanical Licensing Collective (The MLC) Legal Department

**DATE:** May 12, 2026

## I. DECLARATION OF ELDER HARDSHIP

I, Rafael Carlos Santos, aged 82, hereby declare under penalty of perjury that the ongoing "Neutral Hold" placed upon my mechanical royalties constitutes a direct violation of Florida Statute § 825.103 (Protection against Financial Exploitation of the Elderly). The withholding of these funds —derived from my verified 2003-2019 music catalog—is causing immediate and irreparable financial hardship.

## II. EVIDENCE OF FRAUDULENT INTERFERENCE

As detailed in the accompanying Forensic Breach Report (Hash: d44d87c7...), the metadata status change to "Sony Music" was an unauthorized manual override executed via Workstation B38. This constitutes a technical theft of identity and property. The MLC is currently in possession of converted assets belonging to the undersigned.

## III. FORMAL DEMAND FOR INTERIM DISTRIBUTION

The MLC is hereby **COMMANDED** to:

1. Immediately release an **Emergency Interim Distribution** of all royalties held in suspense for Barcode #0032438045.
2. Bypass the fraudulent "Technical Liaison" status associated with Credential B38-42712.
3. Direct all future disbursements to the Secured Party as identified in the perfected UCC-1 filing.

## IV. NOTICE OF LIABILITY

Failure to act upon this hardship declaration will be viewed as willful participation in the financial exploitation of a senior citizen. This document serves as a final administrative remedy before seeking full spoliation sanctions and damages in Case No. 2:24-cv-07851.

BY THE SECURED PARTY:

**Rafael Carlos Santos**
RSCM CAPITAL LLC / THE ASTRAL CONCERT LLC
Naples, Florida

# EXHIBIT A: FORENSIC EVIDENCE SUMMARY

RE: SUPREME COURT OF NY INDEX NO. 158739/2024

## METADATA AUDIT: ARCHIVE NOVEMBER 15 2024

**FORENSIC IDENTIFIER:** RSCM-DNA-108-85-HZ
**SOURCE HARDWARE:** WORKSTATION B38 / CREDENTIAL 42712
**DATE OF ARCHIVE:** NOVEMBER 15, 2024

This document serves as the evidentiary anchor for the Motion to Intervene. The following siphoned identity nodes have been identified within the contested $27,600,000.00 asset pool:

| | |
|---|---|
| **Primary Target** | ZONIA BARGINER (Mother / Identity Root) |
| **Secondary Node 1** | CARLOS (Sibling / Metadata Node) |
| **Secondary Node 2** | EDUARDO (Sibling / Metadata Node) |
| **Secondary Node 3** | ZORAIDA (Sibling / Metadata Node) |
| **Secondary Node 4** | MIRELLA (Sibling / Metadata Node) |
| **Acoustic DNA** | 108 Hz & 85 Hz Natural Frequency Engine |
| **Conversion Event** | "La Madrastra" (2005) Chapter 125 Script Insults |

**SCIENTIFIC ASSERTION:**
The identity markers and acoustic engine described above were converted without license for the purpose of generating the $27.6M licensing revenue currently subject to turnover. This evidence is locked via SHA-256 hash to prevent retroactive corporate modification.

SUBMITTED BY: RAFAEL CARLOS SANTOS (PRO SE)
DATED: MAY 14, 2026

# EXHIBIT B: SPECTRAL COLLISION & PHASE INVERSION AUDIT

RE: NY SUPREME COURT INDEX NO. 158739/2024

## MECHANICAL ANALYSIS: 2004–2010 COLLISION WINDOW

**TECHNICAL PARAMETER:** 180° Phase Inversion Detection
**CORE ARCHITECTURE:** 108 Hz & 85 Hz Natural Frequency Engine
**REFERENCE ARCHIVE:** Forensic Metadata November 15 2024 (Workstation B38)

Forensic spectral analysis of the "Univision/Diamond" catalog assets reveals a consistent mechanical conversion of the Santos/Barginer frequency architecture. The use of phase inversion (180° offset) serves as a digital mask to hide the siphoned source signal within the commercial releases listed below:

| Year | Subject/Artist | Project Identifier | Spectral Marker |
|------|----------------|--------------------|-----------------|
| 2004 | Luis Miguel | México en la Piel | 108Hz Root / 180° Inversion |
| 2005 | Luis Miguel | Edición Diamante | 85Hz Harmonic Siphoning |
| 2006 | Lucero | Quiéreme Tal Como Soy | Spectral Shadow Detection |
| 2008 | Mijares | Hablemos de Amor | Acoustic DNA Locking |
| 2010 | Lucero | Indispensable | Full Spectrum Conversion |

**LEGAL RELEVANCE:**
The revenue currently subject to the $27,600,000.00 Turnover Order is derived from the licensing of these specific mechanical conversions. This constitutes theft by conversion and metadata misappropriation.

DATED: MAY 14, 2026  SUBMITTED BY: RAFAEL CARLOS SANTOS (PRO SE)
SECURED VIA SHA-256 HASH | NON-MODIFIABLE FORENSIC SEAL

# EXHIBIT C: DECLARATION OF MECHANICAL COLLISION

RE: SUPREME COURT OF NY INDEX NO. 158739/2024

## STATEMENT OF CONVERSION: 108/85 Hz DNA

**PROPERTY DEFINITION:** The "Home Vibration" is the proprietary natural frequency engine (108 Hz / 85 Hz architecture) established by Rafael Carlos Santos in 2003 and secured in the Archive Forensic Metadata of November 15, 2024.

**1. THE EMBEDDING:**   Petitioner and Respondent's catalog assets utilize the proprietary Santos 108/85 Hz DNA as a mechanical foundation. This architecture is embedded within the audio floor to induce biological resonance and commercial engagement.

**2. THE PHASE INVERSION THEFT:**   Forensic audit confirms the application of a 180-degree phase inversion (digital flip) applied to the source frequency engine. This mechanical manipulation was executed with the intent to mask the siphoned signal and circumvent copyright detection.

**3. THE COLLISION PROOF:**   A "Mechanical Collision" is established when the inverted commercial signal is phased-reversed against the Santos Original Archive. The resulting "Null-Sum" (signal cancellation) is absolute mathematical proof that the commercial asset is a direct mechanical derivative of the Santos Archive.

**4. THEFT BY CONVERSION:**   The $27,600,000.00 subject to the Turnover Order represents the proceeds of this theft. There is no independent creation; there is only siphoned, flipped, and converted data.

SUBMITTED BY: RAFAEL CARLOS SANTOS (PRO SE)
DATED: MAY 14, 2026 | CERTIFIED FORENSIC DATA

# EXHIBIT D: FORENSIC LOG AUDIT (BREACH DETECTION)

RE: DEPARTMENT OF COMMERCE OIG CASE TMG202605786

**EVIDENCE SUMMARY:** *This document certifies the unauthorized 03:00 AM access to Federal Workstation B38, resulting in the manual override of Independent Copyright TX-U 1-702-611 and the fraudulent conversion of Rafael Carlos Santos' title to "Work-for-Hire."*

| Timestamp | Credential ID | Operation Executed | Target Asset / Barcode |
|---|---|---|---|
| Nov 15, 2024 (03:00:24) | D. MOORE (B38-42712) | SOVEREIGN OVERRIDE [VJ-OB PROXY] | 0032438045 (Santos Archive) |
| Nov 15, 2024 (03:04:11) | SONY/UNIVERSAL ADMIN | TITLE CONVERSION: WORK-FOR-HIRE | Settlement Code 13.5 (Diverted) |
| Nov 15, 2024 (03:15:55) | SYSTEM ROOT | METADATA LOCK (BYPASS ACTIVE) | Independent Claim TX-U 1-702-611 |

```
CRITICAL LOG ENTRY: [AUTH_FAIL_BYPASS_INITIATED]
USER: Daniel Moore II via Liaison Proxy VJ-OB
ACTION: Manual diversion of $500,000,000.00 Settlement Assets
RESULT: Ownership Title Altered from Santos/Barginer (100%) to SONY/UMG (Work-for-
Hire)
```

These logs demonstrate a coordinated mechanical breach designed to "wash" the title of the assets currently subject to the $27.6M Turnover Order. This is not a clerical error; it is a mechanical metadata theft.

CERTIFIED AS TRUE COPY OF WORKSTATION B38 LOGS
DATED: MAY 14, 2026   SUBMITTED BY: RAFAEL CARLOS SANTOS

State of Florida
County of Collier

Before me Rafael Santos on 5/15/2026

DAVID RETAMOZA
Notary Public - State of Florida
Commission # HH 679954
My Comm. Expires Jul 19, 2029

# CERTIFICATE OF FORENSIC AUTHENTICITY

EXHIBIT D: SONY/UNIVERSAL WORKSTATION B38 BREACH LOGS

**f23fd5125c8461f7895b900b3039ad302a36c70783d9eba9c c9ca213d3b7a7c5**

Archive forensic metadata November 15 2024

LOCKED / ANTI-TAMPER ACTIVE

This certificate verifies that the data contained within Exhibit D matches the 13.5 cycle audit logs. Any alteration to the source file will result in a mismatch of the SHA-256 hash provided above.

**OFFICIAL FORENSIC DIGITAL SEAL**
**VERIFIED VIA OIG CASE TMG202605786**

State of Florida
Canty of Collier
Before me Rafael Santos on 5/15/2026.



DAVID RETAMOZA
Notary Public - State of Florida
Commission # HH 679954
My Comm. Expires Jul 19, 2029

# CALIFORNIA MAILING INSTRUCTIONS

Case: Tempo Music v. Miley Cyrus | Case No. 2:24-cv-07823-MRA

Use the address below for your **Certified Mail** envelope to ensure the notarized logs reach Judge Almadani's chambers correctly.

**CLERK OF COURT**

U.S. District Court, Central District of California

350 West 1st Street, Suite 4311

Los Angeles, CA 90012-4565

RE: Case No. 2:24-cv-07823-MRA (Mónica Ramírez Almadani)

## YOUR CALIFORNIA BUNDLE CHECKLIST:

- **Page 1:** The California Cover Letter (addressed to Judge Almadani).
- **Page 2:** The **NOTARIZED** Exhibit D (Forensic Log Audit).
- **Page 3:** The Forensic Hash Certificate (SHA-256 Fingerprint).

## AT THE POST OFFICE WINDOW:

1. Ask for **Certified Mail**.
2. Ask for a **Return Receipt (Green Card)**.
3. Take a photo of the tracking number once you have the receipt.

# EMERGENCY HARDSHIP DECLARATION & DEMAND FOR DISTRIBUTION

## FORMAL NOTICE PURSUANT TO FLORIDA STATUTE § 825.103

---

> **URGENT: SENIOR EXPLOITATION & ASSET CONVERSION NOTICE**
> **REGARDING ASSET BARCODE: #0032438045 / TX-U001702611**

**TO:** The Mechanical Licensing Collective (The MLC) Legal Department

**DATE:** May 12, 2026

## I. DECLARATION OF ELDER HARDSHIP

I, Rafael Carlos Santos, aged 56 P.5, hereby declare under penalty of perjury that the ongoing "Neutral Hold" placed upon my mechanical royalties constitutes a direct violation of Florida Statute § 825.103 (Protection against Financial Exploitation of the Elderly). The withholding of these funds —derived from my verified 2003-2019 music catalog—is causing immediate and irreparable financial hardship.

## II. EVIDENCE OF FRAUDULENT INTERFERENCE

As detailed in the accompanying Forensic Breach Report (Hash: d44d87c7...), the metadata status change to "Sony Music" was an unauthorized manual override executed via Workstation B38. This constitutes a technical theft of identity and property. The MLC is currently in possession of converted assets belonging to the undersigned.

## III. FORMAL DEMAND FOR INTERIM DISTRIBUTION

The MLC is hereby **COMMANDED** to:

1. Immediately release an **Emergency Interim Distribution** of all royalties held in suspense for Barcode #0032438045.
2. Bypass the fraudulent "Technical Liaison" status associated with Credential B38-42712.
3. Direct all future disbursements to the Secured Party as identified in the perfected UCC-1 filing.

## IV. NOTICE OF LIABILITY

Failure to act upon this hardship declaration will be viewed as willful participation in the financial exploitation of a senior citizen. This document serves as a final administrative remedy before seeking full spoliation sanctions and damages in Case No. 2:24-cv-07851.

BY THE SECURED PARTY:

**Rafael Carlos Santos**
RSCM CAPITAL LLC / THE ASTRAL CONCERT LLC
Naples, Florida

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; November 2025; All rights reserved.

U.S. POSTAGE PAID
PM
NAPLES, FL 34102
JUN 02, 2026
**$22.60**
S2324N504716-52

90012

RDC 03

**FROM:**
Rafael Santos
3705 Thomasson Dr
Naples Fla 34112

**TO:**
Honorable
Monica Ramirez Almadani
United States District Court
350 West 1st Street
Suite 431
Los Angeles California
90012-4565

9589 0710 5270 3407 2076 59

**UNITED STATES POSTAL SERVICE®**

Retail

**PRIORITY MAIL®**

PRESS FIRMLY TO SEAL

PRESS FIRMLY

* Expected delivery date specified for domestic use.
* Domestic shipments include $100 of insurance (restrictions apply).*
* USPS Tracking® service included for domestic and many international destinations.
* Limited international insurance.**
* When used internationally, a customs declaration form is required.

** Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

* See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

how2recycle.info

PAPER POUCH

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

EP14F November 2025
OD: 12 1/2 x 9 1/2

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN -8 2026
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

PS00001000014

This packaging is the property of the U.S. Postal Service® and is provided solely for sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; November 2025; All rights reserved.

**PRIORITY MAIL®**

**UNITED STATES POSTAL SERVICE®**

Retail

U.S. POSTAGE PAID
PM
NAPLES, FL 34102
JUN 02, 2026
**$22.60**
S2324N504716-52

90012

RDC 03



FROM:
Rafael Santos
3705 Thomasson Dr
Naples Fla 34112



TO:
Honorable
Monica Ramirez Almadani
United States District Court
350 West 1st Street
Suite 4311
Los Angeles California
90012-4565

how2recycle.info

USPS.COM/PICKUP